UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

Bedford Care Group, a California corporation

Debtor(s).

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

　　I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

　　I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

　　I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 12-8-14　　　　　　　　　　　　　　　　　_Tinjalae Henderson_
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100　(Rev. 7/15/14)

```
Bedford Care Group, a California corporation

Amber R. Sanchez
764 S. Chance Ave.
Fresno, CA 93702

Apolinario Perez
272 W. Everglade
Clovis, CA 93611

Arnold Ballena
777 Montecillo Rd.
San Rafael, CA 94903

Arnold Ballena
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Baker Manock & Jensen, PC
William M. White
5260 N. Palm Ave., Ste. 421
Fresno, CA 93704-2209

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Byers Accountancy Corporation
Tim Byers
1300 W. Shaw Ave., Ste. 2A
Fresno, CA 93711-3712

California Attorney General
PO Box 944255
Sacramento, CA 94244-2550

California State Board of Equalization
P.O. Box 942879 MIC: 29
Sacramento, CA 94279-0029

Carina M. Perez
838 E. Pine
Fresno, CA 93728

Chamin Santos
626 W. Casanwa Lane
Clovis, CA 93619
```

```
Cherilyn Linguette
2827 Calimyrna Ave.
Clovis, CA 93611

Daniel J. Orbe
2617 E. Shea
Fresno, CA 93720

Emerenciana Masangcay
7510 N. Maple Ave. Apt. 116
Fresno, CA 93720

Employment Development Department
Bankruptcy/Special Procedures Group
P.O. Box 826880 MIC 92E
Sacramento, CA 94280-0001

Engrique Manansala
420 W. Everglades
Clovis, CA 93619

Epifane Ballena
777 Montecillo Rd.
San Rafael, CA 94903

Epifane Ballena
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Erwin Cadiz
2846 E. Jon Drive
Fresno, CA 93720

Estate of Gladys E. Taylor
Mary Hernandez, Personal Representative
c/o O'Donnell & Smith
309 Lennon Lane, Ste. 101
Walnut Creek, CA 94598

Estrella Alisisto
4164 W. Brown Ave.
Fresno, CA 93702

Estrella Alisisto
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Evelyn Baker
3619 N. College Ave.
Fresno, CA 93704
```

```
Ezekiel Saldana
1034 N. Sierra Vista Ave.
Fresno, CA 93702

Faith Te Roa
2237 Ewing Street
Los Angeles, CA 90039

Fe Cadiz
2846 E. Jon Dr.
Fresno, CA 93720

Franchise Tax Board
Bankruptcy Unit - G11
P.O. Box 2952
Sacramento, CA 95812-2952

Fresno County Tax Collector
P.O. Box 1247
Fresno, CA 93715

Gabriel Roque
1093 E. Menlo Ave.
Fresno, CA 93710

Gabriel Roque
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Gladys Ignacio
2657 E. Skyview Ave.
Fresno, CA 93720

Gloria Reynoso
7586 N. Erie
Fresno, CA 93722

Grace Perralta
4160 E. Grant
Fresno, CA 93702

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Joel Ge Roa
2237 Ewing Street
Los Angeles, CA 90039

Jonalyn Vang
4334 E. Fairfax Ave.
Fresno, CA 93703
```

```
Josie Yabut
2380 E. El Paso Ave.
Fresno, CA 93720

Julieta Delos Reyes
1480 W. San Madele Ave.
Fresno, CA 93711

Julieta Delos Reyes
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Julito Pineda
6722 N. Delbert Ave.
Fresno, CA 93722

Julito Pineda
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Lashay Dustin
1248 N. Poplar Ave.
Fresno, CA 93728

Lazaro Masangcay
7510 N. Maple Ave., Apt. 116
Fresno, CA 93720

Lerie Gapasin
2411 W. San Gabriel
Fresno, CA 93705

Leticia Rodriguez
5722 N. Ninth St.
Fresno, CA 93710

Littler Mendelson
Kevin Koligian
5200 N. Palm Ave., Ste. 302
Fresno, CA 93704

Manuel D. Valdez
4040 E. Platt
Fresno, CA 93702

Maria M. Benitez
1084 N. Marks Ave.
Fresno, CA 93722

Marilyn Hernandez
272 W. Everglade Ave.
Clovis, CA 93611
```

```
Mercedes Pineda
6722 N. Delbert Ave.
Fresno, CA 93722

Mercedes Pineda
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Nerissa Roque
1093 E. Menlo Ave.
Fresno, CA 93710

Nerissa Roque
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Nilo Delos Reyes
1480 W. San Madele Ave.
Fresno, CA 93711

Nilo Delos Reyes
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

O'Donnell & Smith
James O'Donnell
309 Lennon Lane, Ste. 101
Walnut Creek, CA 94598

Patrick McManaman
Attorney, Division of Labor Standards
770 E. Shaw Ave., Ste. 222
Fresno, CA 93710

Paul Ignacio
2657 E. Skyview Ave.
Fresno, CA 93720

Ralph Alba
452 W. Nees Ave.
Fresno, CA 93711

Raven Chance
4106 E. White
Fresno, CA 93702

Renee Buelna
4896 E. McKenzie Ave.
Fresno, CA 93727
```

```
Rimfa C. Sengsiri
1535 N. Cedar Ave. #208
Fresno, CA 93703

Roberto Juan
7864 Tigerwood Dr.
Sacramento, CA 95829

Romeo H. Alisisto
4164 W. Brown Ave.
Fresno, CA 93702

Romeo H. Alisisto
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Romeo Yabut
2380 E. El Paso Ave.
Fresno, CA 93720

Ronald Linguette
2827 Calimyrna Ave.
Clovis, CA 93611

Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Fl. 11
Los Angeles, CA 90036

State of California
Division of Industrial Relations
Division of Labor Standards Enforcement
7718 Meany Ave.
Bakersfield, CA 93308

State of California
Department of Industrial Relations
Division of Labor Standards Enforcement
770 E. Shaw, Ste. 222
Fresno, CA 93710

State of California
Department of Industrial Relations
Division of Labor Standards Enforcement
170 E. Shaw, Ste. 222
Fresno, CA 93710

State of California, Dept. of Ind. Rel.
Division of Labor Standards Enforcement
Bureau of Field Enforcement
770 E. Shaw, Ste. 222
Fresno, CA 93710
```

```
Stephanie Costa
272 W. Everglade
Clovis, CA 93619

Stephanie Smith
5020 E. Ashlan Ave. #113
Fresno, CA 93727

United States Attorney
IRS Division)
2500 Tulare Street, Suite 4401
Fresno, CA 93721

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

Unjalae Henderson
274 W. Loyola
Clovis, CA 93619

Victor Escusa
4421 Pinsado Dr.
Fresno, CA 93727

Yesenia Mari Medina
4374 E. North Ave.
Fresno, CA 93725

Yolanda Austriaco
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Yolanda Juan
7864 Tigerwood Dr.
Sacramento, CA 95829

Yvonne Miyas
324 N. Maryland Ave.
Glendale, CA 91206
```