# United States Bankruptcy Court
## Eastern District of California

In re  **Bedford Care Group, a California corporation**   
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Chief Executive Officer for **Bedford Care Group, a California corporation**, Debtor in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

-None-

12/5/14  
Date

*Unjalae Henderson* (signed)  
Unjalae Henderson  
Chief Executive Officer, Bedford Care Group, a California corporation