```
WALTER & WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael J. Fletcher #272057
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rileywalter@W2LG.com
```

Attorneys for the Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**BEDFORD CARE GROUP,**<br>a California Corporation,<br><br>　　　　Debtor.<br><br>Tax ID#:　54-2187384<br>Address:　PO Box 27464<br>　　　　　　Fresno, CA 93729 | CASE NO. 14-15853<br><br>DC No.: N/A<br><br>Chapter 7<br><br>Date:　　N/A<br>Time:　　N/A<br>Place:　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 12<br>Judge:　Honorable Fredrick E. Clement |

## PROOF OF SERVICE

　　　I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Walter & Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

　　　On January 15, 2015, I served the foregoing document(s) described as:

1. **Amendment to Schedule F;**
2. **Amended Creditor Matrix; and**
3. **Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines.**

on the party/parties in this action by serving a true copy thereof as follows:

///

XXX     **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for serving by mail. Under that practice correspondence is deposited with the U.S. Postal Service with postage thereon fully prepaid during U.S.P.S. business hours. I am aware that on motion of the party served, the service can be declared invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit.

<u>Debtor</u>
Bedford Care Group
a California corporation
PO Box 27464
Fresno, CA 93720

<u>US Trustee's Office</u>
Office of the US Trustee
2500 Tulare Street, Ste. 1401
Fresno, CA 93721

<u>Chapter 7 Trustee</u>
James E. Salven
PO Box 25970
Fresno, CA 93729

<u>Affected Creditors</u>
Diana Oyales
c/o Div. of Labor Standards Enforcement
Attn: Patrick McManaman
770 E. Shaw Ave., Ste. 222
Fresno, CA 93710

Perfecto Ragandac
c/o Asian Law Caucus
Gina Szeto, Esq.
55 Columbus Ave.
San Francisco, CA 94111

Teofilio Oyales
c/o Div. of Labor Standards Enforcement
Attn: Patrick McManaman
770 E. Shaw Ave., Ste. 222
Fresno, CA 93710

Yolanda Austriaco
c/o Div. of Labor Standards Enforcement
Attn: Patrick McManaman
770 E. Shaw Ave., Ste. 222
Fresno, CA 93710

Executed on January 15, 2015, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Bart Starr Thompson