WINIFRED KAO, SBN 241473
GINA SZETO, SBN 284883
ADVANCING JUSTICE - ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
Tel.: (415) 896-1701
Fax: (415) 896-1702
winifredk@advancingjustice-alc.org
ginas@advancingjustice-alc.org

CATHA WORTHMAN, SBN 230399
LEWIS FEINBERG LEE & JACKSON, PC
476 9th Street
Oakland, CA 94607
Tel: (510) 839-6824
Fax: (510) 839-7839
cworthman@lewisfeinberg.com

Attorneys for Creditors

*(Represented Creditors listed herein and on signature page)*

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 14-15853 |
| BEDFORD CARE GROUP, INC., | Chapter 7 |
| Debtor. | D.C. No. ALC-1 |
| | **DECLARATION OF GINA SZETO IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF STEPHANIE COSTA** |
| | [Ex Parte Application; no hearing required. Proposed Order lodged concurrently herewith.] |
| | HONORABLE FREDERICK E. CLEMENT |

1

**DECLARATION OF GINA SZETO**

1. I am a staff attorney at Asian Americans Advancing Justice – Asian Law Caucus (ALC). My office is counsel in this case for the creditors Juliet Delos Reyes, Nilo Delos Reyes, Mercy Pineda, Julito Pineda, Gabriel Roque, Nerissa Roque, Henry Alsisto, Esther Alsisto, Cherilyn Linguete, Ronald Linguete, and Yolanda Austriaco (hereafter "Creditors"). We are also counsel for the Creditors on their underlying wage and hour claims. I am over the age of 18.

2. Except as otherwise identified, my statements in this declaration are based on my personal knowledge. If called as a witness, I could and would testify in accordance with these statements.

3. I filed individual wage and hour claims on behalf of the Creditors against the Debtor with the California Labor Commissioner's Division of Labor Standards Enforcement on or about February 19, 2013. Thereafter, the Labor Commissioner's Bureau of Field of Enforcement (BoFE) initiated an investigation into the Debtor and Stephanie Costa's pay practices. The Creditors and I cooperated and assisted BoFE with its investigation.

4. BoFE issued citations against Bedford and Stephanie Costa, individually, on or about May 8, 2013. The citations included unpaid wage, overtime, and meal and rest break premiums payable to the Creditors.

5. Both the Debtor and Stephanie Costa appealed the BoFE citations. The appeal resulted in an administrative appeal hearing, which I attended. The hearing was originally scheduled for early November 2013 but was postponed. The first half of the hearing ultimately took place from January 27 to February 5, 2014. The second half of the hearing took place on June 16-17, and June 23-26, 2014. The Creditors' individual wage and hour claims were put on hold to allow the citation case to proceed first.

6. Attached hereto as **Exhibit A** is a copy of a "Statement of Information" for the Debtor, file-stamped September 30, 2012 by the California Secretary of State, which I found in the Community Care Licensing (CCL) file I received from the Department of Social Services Community Care Licensing Division (CCLD) in response to my Public Records Act

2

DECLARATION OF GINA SZETO IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF STEPHANIE COSTA

request for the Debtor's CCL file.

7. Attached hereto as **Exhibit B** are copies of print outs from a business entity search on the California Secretary of State website for Clear View Retirement Group LLC ("Clear View") and Copper River Retirement Group LLC ("Copper River"), showing the date corporate papers were filed for the two companies, as well as the agent of service of process for both.

8. Attached hereto as **Exhibit C** are "Administrative Organization" papers I found in Clear View and Copper River's CCL files.

9. Attached hereto as **Exhibit D** are Copper River and Clear View license applications to operate care home facilities located at 1115 E. Pinehurst in Fresno (the "Pinehurst" facility); 272 W. Everglade in Clovis (the "Everglade" facility); 2617 E. Shea Drive in Fresno (the "Shea" facility); 2380 E. El Paso, in Fresno (the "El Paso" facility); 2657 E. Skyview Avenue in Fresno (the "Skyview" facility); and 2846 E. Jon Drive in Fresno (the "Jon" facility). All of the facilities are listed under item 14 of the applications as facilities formerly operated by the Debtor. The applications were found in the CCL files for the Clear View and Copper River companies.

10. Attached hereto as **Exhibit E** are letters that I received from a former employee of the Clear View and Copper River facilities.

11. On or about December 12, 2014, the Labor Commissioner issued a decision upholding over $665,000 in unpaid wages and other penalties owed to the Creditors and the state pursuant to the contested citations.

12. The first meeting of creditors in this case was held on January 15, 2015. The meeting was continued to February 27, 2015 before the Creditors had an opportunity to question the Debtor. The February 27, 2015 meeting was later postponed and re-calendared, per PACER, for March 27, 2015 at 10 am. When I appeared for the March 27, 2015 creditors meeting at 10 am, I learned that the Debtor had appeared at 9:00 am and refused to stay for the 10 am meeting.

I declare under penalty of perjury under the laws of the State of California that the

3

foregoing is true to the best of my knowledge. Executed in San Francisco, California on April 27th, 2015.

*(signature)*
Gina Szeto

4

DECLARATION OF GINA SZETO IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF STEPHANIE COSTA