# Exhibit A



# State of California
## Secretary of State

S

**E-N82489**

**FILED**
In the office of the Secretary of State of the State of California

**Sep - 30 2012**

This Space For Filing Use Only

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**1. CORPORATE NAME**
C2775212
BEDFORD CARE GROUP
BEDFORD CARE GROUP
P.O. BOX 27464
FRESNO  CA 93729

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 2380 E. EL PASO AVE   FRESNO  CA 93720 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 2380 E. EL PASO   FRESNO CA 93720 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | BEDFORD CARE GROUP   P.O. BOX 27464   FRESNO CA 93729 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | STEPHANIE  COSTA | 2380 E. EL PASO AVE   FRESNO, CA 93720 | | | |
| 6. SECRETARY | ALICE  HAYES | 2380 E. EL PASO AVE   FRESNO, CA 93720 | | | |
| 7. CHIEF FINANCIAL OFFICER/ | STEPHEN  COSTA | 2380 E. EL PASO AVE   FRESNO CA 93720 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 8. | STEPHANIE  COSTA | 2380 E. EL PASO AVE   FRESNO, CA 93720 | | | |
| 9. | STEPHEN  COSTA | 2380 E. EL PASO AVE   FRESNO, CA 93720 | | | |
| 10. | ALICE  HAYES | 2380 E. EL PASO AVE   FRESNO, CA 93720 | | | |

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:** 0

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

**12. NAME OF AGENT FOR SERVICE OF PROCESS**
STEPHANIE  COSTA

**13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL**
2380 E. EL PASO   FRESNO, CA 93720

**Type of Business**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**
RCFE

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/30/2012 | STEPHAIE  COSTA | C.E.O | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)                                    APPROVED BY SECRETARY OF STATE

# Exhibit B

## California Secretary of State Alex Padilla

Secretary of State Main Website    Business Programs    Notary & Authentications    Elections    Campaign & Lobbying

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

### Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, April 24, 2015. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | CLEAR VIEW RETIREMENT GROUP LLC |
|---|---|
| Entity Number: | 201329010211 |
| Date Filed: | 10/15/2013 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 2617 E SHEA |
| Entity City, State, Zip: | FRESNO CA 93720 |
| Agent for Service of Process: | STEPHANIE COSTA |
| Agent Address: | 272 W EVERGLADE |
| Agent City, State, Zip: | CLOVIS CA 93619 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2015   California Secretary of State

## California Secretary of State Alex Padilla

Secretary of State Main Website    Business Programs    Notary & Authentications    Elections    Campaign & Lobbying

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, April 24, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | COPPER RIVER RETIREMENT GROUP LLC |
| Entity Number: | 201329010210 |
| Date Filed: | 10/15/2013 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 2617 EAST SHEA |
| Entity City, State, Zip: | FRESNO CA 93720 |
| Agent for Service of Process: | STEPHANIE COSTA |
| Agent Address: | 272 W EVERGLADE |
| Agent City, State, Zip: | CLOVIS CA 93619 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2015 California Secretary of State

# Exhibit C

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY　　　　　　　　　　CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　COMMUNITY CARE LICENSING DIVISION

# ADMINISTRATIVE ORGANIZATION

*(This side is for corporations and limited liability companies only. See reverse for public agencies, partnerships, and other associations.)*

**INSTRUCTIONS:** This form must be updated and submitted to the Licensing Agency each time there is a change in partners, officers or changes in the corporation or limited liability company as provided in the California Code of Regulations Title 22, Section 80034(a)(2), or 87235(a)(5), or 101185(a)(2).

**DATE:** 01/31/2014
**FACILITY NAME:** Copper River Retirement Group/Everglade
**FACILITY ADDRESS:** 272 W. Everglade Clovis, CA 93619
**FACILITY NUMBER:** 107206815

## I. CORPORATION/LIMITED LIABILITY COMPANY (LLC)

1. **Name (as filed with Secretary of State):** COPPER RIVER RETIREMENT GROUP LLC
2. **Chief Executive Officer:** ALICE HAYES
3. **Incorporation/Registration Date:** 01/17/2014
4. **Place of Incorporation/Registration:** Secretary of State- California
   **Corporation/Limited Liability Company Number:** 201329010210
5. Please attach (1) A copy of Articles of Incorporation or organization and any amendments (2) A copy of By-Laws or Operating Agreement and any amendments (3) A copy of Resolution authorizing the filing of this application (for Corporations only).
6. **Principal office of business:**
   - Address: 1115 E. PINEHURST
   - City: FRESNO
   - Zip Code: 93730
   - County: FRESNO
   - Contact Person: ALICE HAYES　Title: C.E.O
   - Telephone No.: 559- 977-5852
7. Out of state or foreign applicants complete the following:
   a. Name of California Representative　Address　Zip Code　Telephone No.
   b. Please attach a copy of a foreign corporation's or foreign LLC's registration to do business in California.
8. Names and addresses of all persons who own ten percent (10%) or more interest in corporation or LLC. Attach sheet for additional space.
   ALICE HAYES　2042 EVERGLADE AVE CLOVIS, CA 93619
9. **Directors (Corporation)/Managers and Managing Members (LLC)**
   a. Number of Directors/Managers & Managing Members: ONE (1)
   b. Term of Office (if applicable): TWO YEARS
   c. Frequency of Meetings (if applicable): ONCE A YEAR
   d. Method of Selection (corporations only): MAJORITY VOTE
10. **Officers:** (For LLCs without officers, skip this section and go to Section II)

| Office | Name | Principal Business Address & City & Zip Code (other than facility address) | Telephone No. | Term Expires |
|---|---|---|---|---|
| President | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559- 977-5852 | On-going |
| Vice-President | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |
| Secretary | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |
| Treasurer | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |

LIC 309 (6/01) (PUBLIC)

11. List all Directors (Corporations)/Managers and Managing Members (LLC)

| Name | Mailing Address & City & Zip Code | Telephone No. | Term Expires |
|---|---|---|---|
| ALICE HAYES | 2042 EVERGLADE AVE<br>CLOVIS, CA 93619 | 559-977-5852 | On-going |
| | | | |
| | | | |
| | | | |

(Attach Sheet for additional space)

## II. PUBLIC AGENCY

1. Check type of public agency: ☐ Federal ☐ State ☐ County ☐ City ☐ Other, specify below

2. Agency providing services:

   Name: _____ Address: _____
                                                                                                          CITY/STATE

   Mailing Address: _____
                                                 CITY/STATE/ZIP CODE

   Contact Person: _____ Title: _____ Phone No.: _____

3. District or Area to be served: *(attach map if necessary)*

   Specify geographic area: _____

4. Attach copy of Resolution or legal document authorizing this application.

## III. PARTNERSHIPS

Attach a copy of partnership agreement (attach additional sheet if necessary)

| 1st Partner | ☐ General | Name _____ TELEPHONE NUMBER |
| | ☐ Limited | Principal Business Address _____ CITY/STATE |
| 2nd Partner | ☐ General | Name _____ TELEPHONE NUMBER |
| | ☐ Limited | Principal Business Address _____ CITY/STATE |
| 3rd Partner | ☐ General | Name _____ TELEPHONE NUMBER |
| | ☐ Limited | Principal Business Address _____ CITY/STATE |
| 4th Partner | ☐ General | Name _____ TELEPHONE NUMBER |
| | ☐ Limited | Principal Business Address _____ CITY/STATE |

Contact Person: _____ Title: _____ Telephone No.: _____

## IV. OTHER ASSOCIATIONS

Other associations must also provide a similar list of persons legally responsible for the organization, contact person, appropriate legal documents which set forth legal responsibility of the organization and accountability for operating the facility.

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY     CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# ADMINISTRATIVE ORGANIZATION

*(This side is for corporations and limited liability companies only. See reverse for public agencies, partnerships, and other associations.)*

**INSTRUCTIONS:** This form must be updated and submitted to the Licensing Agency each time there is a change in partners, officers or changes in the corporation or limited liability company as provided in the California Code of Regulations Title 22, Section 80034(a)(2), or 87235(a)(5), or 101185(a)(2).

**DATE:** 01/31/2014
**FACILITY NAME:** Clear View Retirement Group/Jon
**FACILITY ADDRESS:** 2846 E. Jon Drive Fresno, CA 93720
**FACILITY NUMBER:** PENDING

## I. CORPORATION/LIMITED LIABILITY COMPANY (LLC)

1. **Name (as filed with Secretary of State):** CLEAR VIEW RETIREMENT GROUP LLC
2. **Chief Executive Officer:** ALICE HAYES
3. **Incorporation/Registration Date:** 01/17/2014
4. **Place of Incorporation/Registration:** Secretary of State- California
   **Corporation/Limited Liability Company Number:** 201329010211
5. Please attach (1) A copy of Articles of Incorporation or organization and any amendments (2) A copy of By-Laws or Operating Agreement and any amendments (3) A copy of Resolution authorizing the filing of this application (for Corporations only).
6. **Principal office of business:**
   - **Address:** 2380 E. EL PASO
   - **City:** FRESNO
   - **Zip Code:** 93720
   - **County:** FRESNO
   - **Contact Person:** ALICE HAYES    **Title:** C.E.O
   - **Telephone No.:** 559- 977-5852
7. Out of state or foreign applicants complete the following:
   a. Name of California Representative / Address / Zip Code / Telephone No.
   b. Please attach a copy of a foreign corporation's or foreign LLC's registration to do business in California.
8. Names and addresses of all persons who own ten percent (10%) or more interest in corporation or LLC. Attach sheet for additional space.
   - ALICE HAYES    2042 EVERGLADE AVE CLOVIS, CA 93619
9. **Directors (Corporation)/Managers and Managing Members (LLC)**
   a. Number of Directors/Managers & Managing Members: ONE (1)
   b. Term of Office (if applicable): TWO YEARS
   c. Frequency of Meetings (if applicable): ONCE A YEAR
   d. Method of Selection (corporations only): MAJORITY VOTE
10. Officers: (For LLCs without officers, skip this section and go to Section II)

| Office | Name | Principal Business Address & City & Zip Code (other than facility address) | Telephone No. | Term Expires |
|---|---|---|---|---|
| President | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559- 977-5852 | On-going |
| Vice-President | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |
| Secretary | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |
| Treasurer | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |

LIC 309 (6/01) (PUBLIC)

11. List all Directors (Corporations)/Managers and Managing Members (LLC)

| Name | Mailing Address & City & Zip Code | Telephone No. | Term Expires |
|---|---|---|---|
| ALICE HAYES | 2042 EVERGLADE AVE<br>CLOVIS, CA 93619 | 559-977-5852 | On-going |
| | | | |
| | | | |
| | | | |

(Attach Sheet for additional space)

## II. PUBLIC AGENCY

1. Check type of public agency: ☐ Federal    ☐ State    ☐ County    ☐ City    ☐ Other, specify below

2. Agency providing services:

   Name: _____    Address: _____
                                                                                                   CITY/STATE

   Mailing Address: _____
                                                        CITY/STATE/ZIP CODE

   Contact Person: _____    Title: _____    Phone No.: _____

3. District or Area to be served: (attach map if necessary)

   Specify geographic area: _____

4. Attach copy of Resolution or legal document authorizing this application.

## III. PARTNERSHIPS

Attach a copy of partnership agreement (attach additional sheet if necessary)

1st Partner    ☐ General    Name _____
                                                                                                                               TELEPHONE NUMBER

                 ☐ Limited    Principal Business Address _____
                                                                                                                     CITY/STATE

2nd Partner    ☐ General    Name _____
                                                                                                                               TELEPHONE NUMBER

                 ☐ Limited    Principal Business Address _____
                                                                                                                     CITY/STATE

3rd Partner    ☐ General    Name _____
                                                                                                                               TELEPHONE NUMBER

                 ☐ Limited    Principal Business Address _____
                                                                                                                     CITY/STATE

4th Partner    ☐ General    Name _____
                                                                                                                               TELEPHONE NUMBER

                 ☐ Limited    Principal Business Address _____
                                                                                                                     CITY/STATE

Contact Person: _____    Title: _____    Telephone No.: _____

## IV. OTHER ASSOCIATIONS

Other associations must also provide a similar list of persons legally responsible for the organization, contact person, appropriate legal documents which set forth legal responsibility of the organization and accountability for operating the facility.

# Exhibit D

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY          CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE (See Instructions on next page)

**FOR DEPARTMENT USE ONLY**

DISTRICT: _____
COUNTY: _____ FACILITY NUMBER: _____
DATE: _____ ACTION TYPE: _____
REVIEWED BY: _____ FACILITY TYPE: _____

REPLY TO:

1. APPLICANT(S) NAME(S) (PLEASE PRINT): **CLEAR VIEW RETIREMENT GROUP LLC.**

2. REQUESTED ACTION (CHECK ONE):
   - [X] A. INITIAL APPLICATION
   - [ ] B. CHANGE OF CAPACITY
   - [ ] C. CHANGE OF LOCATION
   - [ ] D. CHANGE OF FACILITY TYPE
   - [ ] E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
   - [ ] F. CHANGE WITHIN CORPORATION
   - [ ] G. OTHER (Specify)

3. APPLICANT MAILING ADDRESS: 2042 E. EVERGLADE AVE | CITY: CLOVIS | STATE: CA | ZIP CODE: 93619 | AREA CODE/TELEPHONE: (559) 977-5852

4. TYPE OF AGENCY OR FACILITY:
   - [ ] ADULT RESIDENTIAL FACILITIES
   - [ ] FOSTER FAMILY AGENCIES
   - [ ] ADULT DAY PROGRAMS
   - [ ] TRANSITIONAL HOUSING PLACEMENT PROGRAMS
   - [ ] SOCIAL REHABILITATION FACILITIES
   - [ ] ADOPTION AGENCIES
   - [ ] GROUP HOMES
   - [ ] CRISIS NURSERIES
   - [X] RESIDENTIAL FACILITIES--ELDERLY
   - [ ] RESIDENTIAL FACILITIES--CHRONICALLY ILL
   - [ ] SMALL FAMILY HOMES
   - [ ] OTHER (SPECIFY) _____

5. APPLICATION FILED BY:
   - [ ] A. INDIVIDUAL
   - [ ] B. PARTNERSHIP
   - [ ] C. NON PROFIT CORP.
   - [ ] D. PROFIT CORP
   - [ ] E. COUNTY
   - [ ] F. OTHER PUBLIC AGENCY
   - [X] G. LIMITED LIABILITY CORPORATION

6. FACILITY OR AGENCY NAME: CLEAR VIEW RETIREMENT GROUP LLC. | EMAIL ADDRESS (NOT REQUIRED): | AREA CODE/TELEPHONE: (559) 297-0475

7. FACILITY STREET ADDRESS: 2657 E. SKYVIEW | CITY: FRESNO | COUNTY: FRESNO | ZIP CODE: 93720 | ALTERNATIVE PUBLIC TELEPHONE: ( )

8. FACILITY MAILING ADDRESS: 2657 E. SKYVIEW | CITY: FRESNO | STATE: CA | ZIP CODE: 93720

9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY: STEPHANIE COSTA | TITLE: ADMINISTRATOR

10. TOTAL REQUESTED CAPACITY: SIX(6) | 10A. NUMBER OF NON-AMBULATORY (IF ANY): FIVE(5) | 10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY): ONE(1)

11. FOR CHILDREN'S FACILITY ONLY:
    NUMBER OF INFANTS (AGES 0 THROUGH 2) _____ CHILDREN (AGES 3 THROUGH 17) _____

12. DAYS AND HOURS OF OPERATION: SUNDAY-SATURDAY 24/7
13. PROPERTY OWNERSHIP: [ ] OWN [X] RENT [ ] OTHER (SPECIFY): _____

13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING: STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

14. WAS FACILITY PREVIOUSLY LICENSED? [X] YES [ ] NO | IF YES, FACILITY NAME AND NUMBER: BEDFORD CARE GROUP | LICENSING AGENCY NAME: COMMUNITY CARE LICENSING

15. IS MAJOR CONSTRUCTION REQUIRED? [ ] YES [X] NO | DATE CONSTRUCTION TO BEGIN: _____ DATE TO BE COMPLETED: _____
16. SOURCE OF WATER FOR HUMAN CONSUMPTION: [X] PUBLIC [ ] PRIVATE

17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.
    FACILITY NAME AND NUMBER | LICENSING AGENCY NAME
    A. "PLEASE SEE ATTACHED"
    B.

18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:
    A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
    B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
    C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
    D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
    E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.
20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.
21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

SIGNED: _[signature]_ TITLE: CEO COUNTY WHERE SIGNED: FRESNO DATE: 8/30/14

SIGNED: _____ TITLE: _____ COUNTY WHERE SIGNED: _____ DATE: _____

LIC 200 (2/11) PUBLIC        PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY　　　　CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE  (See Instructions on next page)

**FOR DEPARTMENT USE ONLY**
- DISTRICT: _____
- COUNTY: _____  FACILITY NUMBER: _____
- DATE: _____  ACTION TYPE: _____
- REVIEWED BY: _____  FACILITY TYPE: _____

**REPLY TO:**

1. **APPLICANT(S) NAME(S) (PLEASE PRINT)**
   CLEAR VIEW RETIREMENT GROUP LLC.

2. **REQUESTED ACTION (CHECK ONE):**
   - ☑ A. INITIAL APPLICATION
   - ☐ B. CHANGE OF CAPACITY
   - ☐ C. CHANGE OF LOCATION
   - ☐ D. CHANGE OF FACILITY TYPE
   - ☐ E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
   - ☐ F. CHANGE WITHIN CORPORATION
   - ☐ G. OTHER (Specify)

3. **APPLICANT MAILING ADDRESS:** 2042 E. EVERGLADE AVE  **CITY:** CLOVIS  **STATE:** CA  **ZIP CODE:** 93619  **AREA CODE/TELEPHONE:** (559) 977-5852

4. **TYPE OF AGENCY OR FACILITY**
   - ☐ ADULT RESIDENTIAL FACILITIES
   - ☐ FOSTER FAMILY AGENCIES
   - ☐ ADULT DAY PROGRAMS
   - ☐ TRANSITIONAL HOUSING PLACEMENT PROGRAMS
   - ☐ SOCIAL REHABILITATION FACILITIES
   - ☐ ADOPTION AGENCIES
   - ☐ GROUP HOMES
   - ☐ CRISIS NURSERIES
   - ☑ RESIDENTIAL FACILITIES--ELDERLY
   - ☐ RESIDENTIAL FACILITIES--CHRONICALLY ILL
   - ☐ SMALL FAMILY HOMES
   - ☐ OTHER (SPECIFY)

5. **APPLICATION FILED BY:**
   - A. INDIVIDUAL
   - B. PARTNERSHIP
   - C. NON PROFIT CORP.
   - D. PROFIT CORP
   - E. COUNTY
   - F. OTHER PUBLIC AGENCY
   - ☑ G. LIMITED LIABILITY CORPORATION

6. **FACILITY OR AGENCY NAME:** CLEAR VIEW RETIREMENT GROUP LLC.  **EMAIL ADDRESS (NOT REQUIRED):**  **AREA CODE/TELEPHONE:** (559) 298-2877

7. **FACILITY STREET ADDRESS:** 2830 E. EL PASO  **CITY:** FRESNO  **COUNTY:** FRESNO  **ZIP CODE:** 93720  **ALTERNATIVE PUBLIC TELEPHONE:** ( )

8. **FACILITY MAILING ADDRESS:** 2830 E. EL PASO  **CITY:** FRESNO  **STATE:** CA  **ZIP CODE:** 93720

9. **ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY:** LETICIA RODRIGUEZ  **TITLE:** ADMINISTRATOR

10. **TOTAL REQUESTED CAPACITY:** SIX(6)  **10A. NUMBER OF NON-AMBULATORY (IF ANY):** FIVE(5)  **10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY):** ONE(1)

11. **FOR CHILDREN'S FACILITY ONLY:** NUMBER OF INFANTS (AGES 0 THROUGH 2) _____  CHILDREN (AGES 3 THROUGH 17) _____

12. **DAYS AND HOURS OF OPERATION:** SUNDAY-SATURDAY 24/7

13. **PROPERTY OWNERSHIP:** ☐ OWN  ☑ RENT  ☐ OTHER (SPECIFY)

13A. **NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:**
STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

14. **WAS FACILITY PREVIOUSLY LICENSED?** ☑ YES ☐ NO  **IF YES, FACILITY NAME AND NUMBER:** BEDFORD CARE GROUP/JON  **LICENSING AGENCY NAME:** COMMUNITY CARE LICENSING

15. **IS MAJOR CONSTRUCTION REQUIRED?** ☐ YES ☑ NO  DATE CONSTRUCTION TO BEGIN: _____  DATE TO BE COMPLETED: _____

16. **SOURCE OF WATER FOR HUMAN CONSUMPTION:** ☑ PUBLIC ☐ PRIVATE

17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.
    **FACILITY NAME AND NUMBER**  **LICENSING AGENCY NAME**
    A. "PLEASE SEE ATTACHED"
    B. _____

18. **APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:**
    A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
    B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
    C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
    D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
    E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.
    SIGNED _Alice Hays_  TITLE _C.E.O._  COUNTY WHERE SIGNED _FRESNO_  DATE _8/30/14_
    SIGNED _____  TITLE _____  COUNTY WHERE SIGNED _____  DATE _____

LIC 200 (2/11) PUBLIC　　　　PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY　　　　　CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE (See Instructions on next page)

**FOR DEPARTMENT USE ONLY**

DISTRICT: _____
COUNTY: _____ FACILITY NUMBER: _____
DATE: _____ ACTION TYPE: _____
REVIEWED BY: _____ FACILITY TYPE: _____

REPLY TO:

1. APPLICANT(S) NAME(S) (PLEASE PRINT)
   CLEAR VIEW RETIREMENT GROUP LLC.

2. REQUESTED ACTION (CHECK ONE):
   ☑ A. INITIAL APPLICATION　　☐ E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
   ☐ B. CHANGE OF CAPACITY
   ☐ C. CHANGE OF LOCATION　　☐ F. CHANGE WITHIN CORPORATION
   ☐ D. CHANGE OF FACILITY TYPE　☐ G. OTHER (Specify)

3. APPLICANT MAILING ADDRESS: 2042 E. EVERGLADE AVE
   CITY: CLOVIS　STATE: CA　ZIP CODE: 93619　AREA CODE/TELEPHONE: (559) 977-5852

4. TYPE OF AGENCY OR FACILITY
   ☐ ADULT RESIDENTIAL FACILITIES
   ☐ FOSTER FAMILY AGENCIES
   ☐ ADULT DAY PROGRAMS
   ☐ TRANSITIONAL HOUSING PLACEMENT PROGRAMS
   ☐ SOCIAL REHABILITATION FACILITIES
   ☐ ADOPTION AGENCIES
   ☐ GROUP HOMES
   ☐ CRISIS NURSERIES
   ☑ RESIDENTIAL FACILITIES--ELDERLY
   ☐ RESIDENTIAL FACILITIES--CHRONICALLY ILL
   ☐ SMALL FAMILY HOMES
   ☐ OTHER (SPECIFY)

5. APPLICATION FILED BY:
   ☐ A. INDIVIDUAL　☐ B. PARTNERSHIP　☐ C. NON PROFIT CORP.　☑ G. LIMITED LIABILITY CORPORATION
   ☐ D. PROFIT CORP　☐ E. COUNTY　☐ F. OTHER PUBLIC AGENCY

6. FACILITY OR AGENCY NAME: CLEAR VIEW RETIREMENT GROUP LLC.
   EMAIL ADDRESS (NOT REQUIRED):
   AREA CODE/TELEPHONE: (559) 322-7368

7. FACILITY STREET ADDRESS: 2846 E. JON DRIVE
   CITY: FRESNO　COUNTY: FRESNO　ZIP CODE: 93720　ALTERNATIVE PUBLIC TELEPHONE: ( )

8. FACILITY MAILING ADDRESS: 2846 E. JON DRIVE
   CITY: FRESNO　STATE: CA　ZIP CODE: 93720

9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY: STEPHANIE COSTA
   TITLE: ADMINISTRATOR

10. TOTAL REQUESTED CAPACITY: SIX(6)
    10A. NUMBER OF NON-AMBULATORY (IF ANY): FIVE(5)
    10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY): ONE(1)

11. FOR CHILDREN'S FACILITY ONLY:
    NUMBER OF INFANTS (AGES 0 THROUGH 2) _____ CHILDREN (AGES 3 THROUGH 17) _____

12. DAYS AND HOURS OF OPERATION: SUNDAY-SATURDAY 24/7
13. PROPERTY OWNERSHIP: ☐ OWN　☑ RENT　☐ OTHER (SPECIFY)

13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:
STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

14. WAS FACILITY PREVIOUSLY LICENSED? ☑ YES ☐ NO
    IF YES, FACILITY NAME AND NUMBER: BEDFORD CARE GROUP/JON
    LICENSING AGENCY NAME: COMMUNITY CARE LICENSING

15. IS MAJOR CONSTRUCTION REQUIRED? ☐ YES ☑ NO
    DATE CONSTRUCTION TO BEGIN: _____
    DATE TO BE COMPLETED: _____
16. SOURCE OF WATER FOR HUMAN CONSUMPTION: ☑ PUBLIC ☐ PRIVATE

17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.
    FACILITY NAME AND NUMBER　　LICENSING AGENCY NAME
    A. "PLEASE SEE ATTACHED"
    B. _____

18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:
    A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
    B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
    C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
    D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
    E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.
    SIGNED: _[signature]_　TITLE: CEO　COUNTY WHERE SIGNED: Fresno　DATE: 8/30/14
    SIGNED: _____ TITLE: _____ COUNTY WHERE SIGNED: _____ DATE: _____

LIC 200 (2/11) PUBLIC　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY    CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE (See Instructions on next page)

**FOR DEPARTMENT USE ONLY**
- DISTRICT: _____
- COUNTY: _____  FACILITY NUMBER: _____
- DATE: _____  ACTION TYPE: _____
- REVIEWED BY: _____  FACILITY TYPE: _____

**REPLY TO:**

1. **APPLICANT(S) NAME(S) (PLEASE PRINT):** COPPER RIVER RETIREMENT GROUP LLC.

2. **REQUESTED ACTION (CHECK ONE):**
   - ☒ A. INITIAL APPLICATION
   - ☐ B. CHANGE OF CAPACITY
   - ☐ C. CHANGE OF LOCATION
   - ☐ D. CHANGE OF FACILITY TYPE
   - ☐ E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
   - ☐ F. CHANGE WITHIN CORPORATION
   - ☐ G. OTHER (Specify)

3. **APPLICANT MAILING ADDRESS:** 2042 E. EVERGLADE AVE  **CITY:** CLOVIS  **STATE:** CA  **ZIP CODE:** 93619  **AREA CODE/TELEPHONE:** (559) 977-5852

4. **TYPE OF AGENCY OR FACILITY:**
   - ☐ ADULT RESIDENTIAL FACILITIES
   - ☐ FOSTER FAMILY AGENCIES
   - ☐ ADULT DAY PROGRAMS
   - ☐ TRANSITIONAL HOUSING PLACEMENT PROGRAMS
   - ☐ SOCIAL REHABILITATION FACILITIES
   - ☐ ADOPTION AGENCIES
   - ☐ GROUP HOMES
   - ☐ CRISIS NURSERIES
   - ☒ RESIDENTIAL FACILITIES--ELDERLY
   - ☐ RESIDENTIAL FACILITIES--CHRONICALLY ILL
   - ☐ SMALL FAMILY HOMES
   - ☐ OTHER (SPECIFY)

5. **APPLICATION FILED BY:**
   - ☐ A. INDIVIDUAL
   - ☐ B. PARTNERSHIP
   - ☐ C. NON PROFIT CORP.
   - ☐ D. PROFIT CORP
   - ☐ E. COUNTY
   - ☐ F. OTHER PUBLIC AGENCY
   - ☒ G. LIMITED LIABILITY CORPORATION

6. **FACILITY OR AGENCY NAME:** COPPER RIVER RETIREMENT GROUP LLC.  **EMAIL ADDRESS (NOT REQUIRED):**  **AREA CODE/TELEPHONE:** (559) 325-2273

7. **FACILITY STREET ADDRESS:** 272 W. EVERGLADE  **CITY:** CLOVIS  **COUNTY:** FRESNO  **ZIP CODE:** 93619  **ALTERNATIVE PUBLIC TELEPHONE:** ( )

8. **FACILITY MAILING ADDRESS:** 272 W. EVERGLADE  **CITY:** CLOVIS  **STATE:** CA  **ZIP CODE:** 93619

9. **ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY:** STEPHEN COSTA  **TITLE:** ADMINISTRATOR

10. **TOTAL REQUESTED CAPACITY:** SIX(6)  **10A. NUMBER OF NON-AMBULATORY (IF ANY):** FIVE(5)  **10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY):** ONE(1)

11. **FOR CHILDREN'S FACILITY ONLY:**
    NUMBER OF INFANTS (AGES 0 THROUGH 2) ____  CHILDREN (AGES 3 THROUGH 17) ____

12. **DAYS AND HOURS OF OPERATION:** SUNDAY-SATURDAY 24/7

13. **PROPERTY OWNERSHIP:** ☐ OWN  ☒ RENT  ☐ OTHER (SPECIFY)

13A. **NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:** STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

14. **WAS FACILITY PREVIOUSLY LICENSED?** ☒ YES ☐ NO  **IF YES, FACILITY NAME AND NUMBER:** BEDFORD CARE GROUP/EVERGLADE 107202508  **LICENSING AGENCY NAME:** COMMUNITY CARE LICENSING

15. **IS MAJOR CONSTRUCTION REQUIRED?** ☐ YES ☒ NO  DATE CONSTRUCTION TO BEGIN: ____  DATE TO BE COMPLETED: ____

16. **SOURCE OF WATER FOR HUMAN CONSUMPTION:** ☒ PUBLIC ☐ PRIVATE

17. **ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.**
    FACILITY NAME AND NUMBER    LICENSING AGENCY NAME
    A. "PLEASE SEE ATTACHED"
    B.

18. **APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:**
    A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
    B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
    C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
    D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
    E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

SIGNED _[signature]_  TITLE C.E.O  COUNTY WHERE SIGNED Fresno  DATE 8/30/14

SIGNED _____  TITLE _____  COUNTY WHERE SIGNED _____  DATE _____

LIC 200 (2/11) PUBLIC    PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY      CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE *(See Instructions on next page)*

**FOR DEPARTMENT USE ONLY**

DISTRICT: _____
COUNTY: _____ FACILITY NUMBER: _____
DATE: _____ ACTION TYPE: _____
REVIEWED BY: _____ FACILITY TYPE: _____

REPLY TO:

1. APPLICANT(S) NAME(S) (PLEASE PRINT)
   COPPER RIVER RETIREMENT GROUP LLC.

2. REQUESTED ACTION (CHECK ONE):
   ☑ A. INITIAL APPLICATION
   ☐ B. CHANGE OF CAPACITY
   ☐ C. CHANGE OF LOCATION
   ☐ D. CHANGE OF FACILITY TYPE
   ☐ E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
   ☐ F. CHANGE WITHIN CORPORATION
   ☐ G. OTHER (Specify)

3. APPLICANT MAILING ADDRESS: 2042 E. EVERGLADE AVE | CITY: CLOVIS | STATE: CA | ZIP CODE: 93619 | AREA CODE/TELEPHONE: (559) 977-5852

4. TYPE OF AGENCY OR FACILITY
   ☐ ADULT RESIDENTIAL FACILITIES
   ☐ FOSTER FAMILY AGENCIES
   ☐ ADULT DAY PROGRAMS
   ☐ TRANSITIONAL HOUSING PLACEMENT PROGRAMS
   ☐ SOCIAL REHABILITATION FACILITIES
   ☐ ADOPTION AGENCIES
   ☐ GROUP HOMES
   ☐ CRISIS NURSERIES
   ☑ RESIDENTIAL FACILITIES--ELDERLY
   ☐ RESIDENTIAL FACILITIES--CHRONICALLY ILL
   ☐ SMALL FAMILY HOMES
   ☐ OTHER (SPECIFY) _____

5. APPLICATION FILED BY:
   ☐ A. INDIVIDUAL
   ☐ B. PARTNERSHIP
   ☐ C. NON PROFIT CORP.
   ☐ D. PROFIT CORP
   ☐ E. COUNTY
   ☐ F. OTHER PUBLIC AGENCY
   ☑ G. LIMITED LIABILITY CORPORATION

6. FACILITY OR AGENCY NAME: COPPER RIVER RETIREMENT GROUP LLC./SHEA | EMAIL ADDRESS (NOT REQUIRED): | AREA CODE/TELEPHONE: (559) 325-7383

7. FACILITY STREET ADDRESS: 2617 E. SHEA DRIVE | CITY: FRESNO | COUNTY: FRESNO | ZIP CODE: 93720 | ALTERNATIVE PUBLIC TELEPHONE: ( )

8. FACILITY MAILING ADDRESS: 2617 E. SHEA DRIVE | CITY: FRESNO | STATE: CA | ZIP CODE: 93720

9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY: LETICIA RODRIGUEZ | TITLE: ADMINISTRATOR

10. TOTAL REQUESTED CAPACITY: SIX(6) | 10A. NUMBER OF NON-AMBULATORY (IF ANY): FIVE(5) | 10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY): ONE(1)

11. FOR CHILDREN'S FACILITY ONLY:
    NUMBER OF INFANTS (AGES 0 THROUGH 2) _____ CHILDREN (AGES 3 THROUGH 17) _____

12. DAYS AND HOURS OF OPERATION: SUNDAY-SATURDAY 24/7

13. PROPERTY OWNERSHIP: ☐ OWN ☑ RENT ☐ OTHER (SPECIFY) _____

13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:
STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

14. WAS FACILITY PREVIOUSLY LICENSED? ☑ YES ☐ NO | IF YES, FACILITY NAME AND NUMBER: BEDFORD CARE GROUP/SHEA 107206278 | LICENSING AGENCY NAME: COMMUNITY CARE LICENSING

15. IS MAJOR CONSTRUCTION REQUIRED? ☐ YES ☑ NO
    DATE CONSTRUCTION TO BEGIN: _____
    DATE TO BE COMPLETED: _____

16. SOURCE OF WATER FOR HUMAN CONSUMPTION: ☑ PUBLIC ☐ PRIVATE

17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.
    FACILITY NAME AND NUMBER | LICENSING AGENCY NAME
    A. "PLEASE SEE ATTACHED"
    B. _____

18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:
    A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
    B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
    C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
    D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN. I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
    E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

SIGNED: _[signature]_ TITLE: CEO COUNTY WHERE SIGNED: Fresno DATE: 8/30/14

SIGNED: _____ TITLE: _____ COUNTY WHERE SIGNED: _____ DATE: _____

LIC 200 (2/11) PUBLIC      PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY     CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE (See Instructions on next page)

**FOR DEPARTMENT USE ONLY**
DISTRICT: ____
COUNTY: ____ FACILITY NUMBER: ____
DATE: ____ ACTION TYPE: ____
REVIEWED BY: ____ FACILITY TYPE: ____

REPLY TO:

1. APPLICANT(S) NAME(S) (PLEASE PRINT)
   COPPER RIVER RETIREMENT GROUP LLC.

2. REQUESTED ACTION (CHECK ONE):
   ☑ A. INITIAL APPLICATION
   ☐ B. CHANGE OF CAPACITY
   ☐ C. CHANGE OF LOCATION
   ☐ D. CHANGE OF FACILITY TYPE
   ☐ E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
   ☐ F. CHANGE WITHIN CORPORATION
   ☐ G. OTHER (Specify)

3. APPLICANT MAILING ADDRESS: 2042 E. EVERGLADE AVE | CITY: CLOVIS | STATE: CA | ZIP CODE: 93619 | AREA CODE/TELEPHONE: (559) 977-5852

4. TYPE OF AGENCY OR FACILITY
   ☐ ADULT RESIDENTIAL FACILITIES
   ☐ FOSTER FAMILY AGENCIES
   ☐ ADULT DAY PROGRAMS
   ☐ TRANSITIONAL HOUSING PLACEMENT PROGRAMS
   ☐ SOCIAL REHABILITATION FACILITIES
   ☐ ADOPTION AGENCIES
   ☐ GROUP HOMES
   ☐ CRISIS NURSERIES
   ☑ RESIDENTIAL FACILITIES--ELDERLY
   ☐ RESIDENTIAL FACILITIES--CHRONICALLY ILL
   ☐ SMALL FAMILY HOMES
   ☐ OTHER( SPECIFY)____

5. APPLICATION FILED BY:
   ☐ A. INDIVIDUAL
   ☐ B. PARTNERSHIP
   ☐ C. NON PROFIT CORP.
   ☐ D. PROFIT CORP
   ☐ E. COUNTY
   ☐ F. OTHER PUBLIC AGENCY
   ☑ G. LIMITED LIABILITY CORPORATION

6. FACILITY OR AGENCY NAME: COPPER RIVER RETIREMENT GROUP LLC. | EMAIL ADDRESS (NOT REQUIRED): | AREA CODE/TELEPHONE: (559) 433-0488

7. FACILITY STREET ADDRESS: 1115 E. PINEHURST AVE | CITY: FRESNO | COUNTY: FRESNO | ZIP CODE: 93730 | ALTERNATIVE PUBLIC TELEPHONE: ( )

8. FACILITY MAILING ADDRESS: 1115 E. PINEHURST AVE | CITY: FRESNO | STATE: CA | ZIP CODE: 93730

9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY: STEPHEN COSTA | TITLE: ADMINISTRATOR

10. TOTAL REQUESTED CAPACITY: SIX(6) | 10A. NUMBER OF NON-AMBULATORY (IF ANY): FIVE(5) | 10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY): ONE(1)

11. FOR CHILDREN'S FACILITY ONLY:
    NUMBER OF INFANTS (AGES 0 THROUGH 2) ____ CHILDREN (AGES 3 THROUGH 17) ____

12. DAYS AND HOURS OF OPERATION: SUNDAY-SATURDAY 24/7
13. PROPERTY OWNERSHIP: ☐ OWN ☑ RENT ☐ OTHER (SPECIFY) ____

13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:
STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

14. WAS FACILITY PREVIOUSLY LICENSED? ☑ YES ☐ NO | IF YES, FACILITY NAME AND NUMBER: BEDFORD CARE GROUP/FORTWASHINGTON 107204043 | LICENSING AGENCY NAME: COMMUNITY CARE LICENSING

15. IS MAJOR CONSTRUCTION REQUIRED? ☐ YES ☑ NO | DATE CONSTRUCTION TO BEGIN: ____ DATE TO BE COMPLETED: ____ | 16. SOURCE OF WATER FOR HUMAN CONSUMPTION: ☑ PUBLIC ☐ PRIVATE

17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.
    FACILITY NAME AND NUMBER | LICENSING AGENCY NAME
    A. "PLEASE SEE ATTACHED"
    B. ____

18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:
    A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
    B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
    C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
    D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
    E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.
    SIGNED _[signature]_ TITLE C.E.O COUNTY WHERE SIGNED Fresno DATE 8/30/14
    SIGNED ____ TITLE ____ COUNTY WHERE SIGNED ____ DATE ____

LIC 200 (2/11) PUBLIC            PAGE 1 OF 2

# Exhibit E

03/03/2014

Dear, Resident & Families

This letter is to inform you that effective _____ 2014, Bedford Care Group Will be changing its name to Clear View Retirement Group LLC/License to the following.

Clear View Retirement Group – 2380 E. El Paso Fresno, CA 93720 Facility #

Clear View Retirement Group – Sky view 2657 Sky view Fresno, CA 93720 Facility #

Clear View Retirement Group – Jon 2846 E. Jon Drive Fresno, CA 93720 Facility #

This change reflects the significant expansion in our business activities since we first began operating under the name in 2005. Our operations today are more auspicious well beyond where we began. We have a new CEO Alice Hayes, who will join us to continue to provide excellent care.

Going forward, "Clear View Retirement Group" will be the cornerstone of our ongoing efforts and will bring our business to a new level. Our new Email address will be eldercarefacility@yahoo.com

The company will continue to operate in its current structure and your day-to-day contacts will remain un-changed. There has been no change in Administrative staff, and no change in Caregivers. We will be calling each of you and setting up a date and time to meet and complete our "new "paperwork.

We look forward to continuing to work together with you, and trust that you are as excited as we are as we continue to grow and diversify to better serve the health care industry. Please feel free to stop by anytime if you happen to have any questions for me.

Sincerely,

                                                      Alice Hayes

                                                            CEO
                                    Clear View Retirement Group LLC
                                             559-977-5852

Dear, Resident & Families                                                                 03/03/2014

This letter is to inform you that effective _____ 2014, Bedford Care Group

Will be changing its name to Copper River Retirement Group LLC/License to the following.

Copper River Retirement Group -- 1115 E. Pinehurst Fresno, CA 93730 Facility #

Copper River Retirement Group -- Shea Fresno, CA 93720 Facility #

Copper River Retirement Group -- Everglade Clovis, CA 93619 Facility #

This change reflects the significant expansion in our business activities since we first began operating under the name in 2005. Our operations today are more auspicious well beyond where we began. We have a new CEO Alice Hayes, and Administrator Stephen Costa who will be over Everglade and Pinehurst who will join us to continue to provide excellent care.

Going forward, "Copper River Retirement Group" will be the cornerstone of our ongoing efforts and will bring our business to a new level. Our new Email address will be eldercarefacility@yahoo.com

The company will continue to operate in its current structure and your day-to-day contacts will remain un-changed. There has been no change in Administrative staff, and no change in Caregivers. We will be calling each of you and setting up a date and time to meet and complete our "new "paperwork.

We look forward to continuing to work together with you, and trust that you are as excited as we are as we continue to grow and diversify to better serve the health care industry. Please feel free to stop by anytime if you happen to have any questions for me.

Sincerely,

                                                                  Alice Hayes

                                                                           CEO
Copper River Retirement Group LLC
559-977-5852