WINIFRED KAO, SBN 241473
GINA SZETO, SBN 284883
ADVANCING JUSTICE - ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
Tel.: (415) 896-1701
Fax: (415) 896-1702
winifredk@advancingjustice-alc.org
ginas@advancingjustice-alc.org

CATHA WORTHMAN, SBN 230399
LEWIS FEINBERG LEE & JACKSON, PC
476 9th Street
Oakland, CA 94607
Tel: (510) 839-6824
Fax: (510) 839-7839
cworthman@lewisfeinberg.com

Attorneys for Creditors

*(Represented Creditors listed herein
and on signature page)*

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 14-15853 |
| BEDFORD CARE GROUP, INC., | Chapter 7 |
| Debtor. | D.C. No. ALC-3 |
| | **DECLARATION OF GINA SZETO IN SUPPORT OF CREDITORS' OBJECTION TO TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSURE OF THE CASE** |
| | Date:       July 22, 2015<br>Time:       9:00 a.m.<br>Judge:      Fredrick E. Clement<br>Courtroom:  11 |

1

1.   I am a staff attorney at Asian Americans Advancing Justice – Asian Law Caucus (ALC).  My office is counsel in this case for the creditors Juliet Delos Reyes, Nilo Delos Reyes, Mercy Pineda, Julito Pineda, Gabriel Roque, Nerissa Roque, Henry Alsisto, Esther Alsisto, Cherilyn Linguete, Ronald Linguete, and Yolanda Austriaco (hereafter "Creditors").  We are also counsel for the Creditors on their underlying wage and hour claims.  I am over the age of 18.

2.   Except as otherwise identified, my statements in this declaration are based on my personal knowledge.  If called as a witness, I could and would testify in accordance with these statements.

3.   In the spring of 2013, the Labor Commissioner's Bureau of Field of Enforcement (BoFE) initiated an investigation into the Debtor and Stephanie Costa's pay practices.  The Creditors cooperated and assisted BoFE with its investigation.

4.    BoFE issued citations against Bedford and Stephanie Costa, individually, on or about April 25, 2013.  The citations included unpaid wage, overtime, and meal and rest break premiums payable to the Creditors.

5.   Both the Debtor and Stephanie Costa appealed the BoFE citations.  I attended the citation appeal hearing.  The hearing was originally scheduled for early November 2013 but was postponed.  The hearing ultimately took place at various dates in January, February, and June 2014.

6.   Attached hereto as **Exhibit A** is a copy of a "Statement of Information" for the Debtor, file-stamped September 30, 2012 by the California Secretary of State, which I found in the Community Care Licensing (CCL) file I received from the Department of Social Services Community Care Licensing Division (CCLD) in response to my Public Records Act request for the Debtor's CCL file.

7.   Attached hereto as **Exhibit B** are copies of print outs from a business entity search on the California Secretary of State website for Clear View Retirement Group LLC ("Clear View") and Copper River Retirement Group LLC ("Copper River"), showing the date corporate papers were filed for the two companies, as well as the agent of service of process

DECLARATION OF GINA SZETO IN SUPPORT OF CREDITORS' OJBJECTION TO TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSURE OF THE CASE

for both.

8.     Attached hereto as **Exhibit C** are "Administrative Organization" papers I found in Clear View and Copper River's CCL files.

9.     Attached hereto as **Exhibit D** are Copper River and Clear View's license applications to operate care home facilities located at 1115 E. Pinehurst in Fresno (the "Pinehurst" facility); 272 W. Everglade Avenue in Clovis (the "Everglade" facility); 2617 E. Shea Drive in Fresno (the "Shea" facility); 2380 E. El Paso Avenue, in Fresno (the "El Paso" facility); 2657 E. Skyview Avenue in Fresno (the "Skyview" facility); and 2846 E. Jon Drive in Fresno (the "Jon" facility).  All of the facilities are listed under item 14 of the applications as facilities formerly operated by the Debtor.  The applications were found in the CCL files for the Clear View and Copper River companies.

10.     Attached hereto as **Exhibit E** are letters that I received from a former employee of the Clear View and Copper River facilities.

11.     The first meeting of creditors in this case was held on January 15, 2015.  The meeting was continued to February 27, 2015 before the Creditors had an opportunity to question the Debtor.  The February 27, 2015 meeting was later postponed and re-calendared, per PACER, for March 27, 2015 at 10 am.  When I appeared for the March 27, 2015 creditors meeting at 10 am, I learned that the Debtor had appeared at 9:00 am and refused to stay for the 10 am meeting.  The meeting was not rescheduled.

12.     On April 27, 2015, Creditors filed motions for authorization to take the Rule 2004 examinations of Stephanie Costa and Alice Hayes and issued accompanying document requests.  The Court granted the motions on April 29, 2015.

13.     On May 1, 2015, I contacted Debtor's counsel in this case as well as counsel for Stephanie Costa in the wage and hour case to ask whether either would accept service of the Rule 2004 subpoena for Ms. Costa or Ms. Hayes.  Both stated they had no authority to accept the subpoenas.

14.     Our process server personally served Ms. Hayes with the Rule 2004 subpoena on May 7, 2015.  The Rule 2004 examination is scheduled for June 19, 2015.

15.     Our process server attempted, unsuccessfully, to serve Ms. Costa with the Rule 2004 subpoena on May 7, 2015 at 272 W. Everglade Avenue in Fresno; on May 8, 2015 at 1727 Douglas Avenue in Clovis; on May 11 at 2380 El Paso Avenue in Fresno; and on May 16 at 1625 Clear View Drive in Beverly Hills.  Our process server ultimately served Ms. Costa on May 20, 2015 at the Paychex office at 9 River Park Place East in Fresno.  Ms. Costa's Rule 2004 examination is scheduled for July 1, 2015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true to the best of my knowledge.  Executed in San Francisco, California on May 28, 2015.

Gina Szeto

DECLARATION OF GINA SZETO IN SUPPORT OF CREDITORS' OJBJECTION TO TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSURE OF THE CASE

# Exhibit A



# State of California
## Secretary of State

**S**

**E-N82489**

**FILED**

In the office of the Secretary of State of the State of California

**Sep - 30 2012**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

---

**1. CORPORATE NAME**

C2775212
BEDFORD CARE GROUP
BEDFORD CARE GROUP
P.O. BOX 27464
FRESNO  CA 93729

---

**Due Date:**

---

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>2380 E. EL PASO AVE   FRESNO  CA 93720 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>2380 E. EL PASO   FRESNO  CA 93720 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2<br>BEDFORD CARE GROUP  P.O. BOX 27464   FRESNO CA 93729 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/          ADDRESS<br>STEPHANIE  COSTA  2380 E. EL PASO AVE   FRESNO, CA 93720 | | | |
| 6. SECRETARY                ADDRESS<br>ALICE  HAYES  2380 E. EL PASO AVE   FRESNO, CA 93720 | | | |
| 7. CHIEF FINANCIAL OFFICER/          ADDRESS<br>STEPHEN  COSTA  2380 E. EL PASO AVE   FRESNO  CA 93720 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8. NAME                ADDRESS<br>STEPHANIE COSTA    2380 E. EL PASO AVE    FRESNO, CA 93720 | | | |
| 9. NAME                ADDRESS<br>STEPHEN COSTA    2380 E. EL PASO AVE    FRESNO, CA 93720 | | | |
| 10. NAME                ADDRESS<br>ALICE HAYES    2380 E. EL PASO AVE    FRESNO, CA 93720 | | | |

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:** 0

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

**12. NAME OF AGENT FOR SERVICE OF PROCESS**

STEPHANIE  COSTA

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL<br>2380 E. EL PASO   FRESNO, CA 93720 | | | |

**Type of Business**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**

RCFE

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/30/2012 | STEPHAIE  COSTA | C.E.O | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)                    APPROVED BY SECRETARY OF STATE

# Exhibit B

# California Secretary of State Alex Padilla

Secretary of State Main Website | **Business Programs** | Notary & Authentications | Elections | Campaign & Lobbying

**Business Entities (BE)**

Online Services
- E-File Statements of
  Information for
  Corporations
- Business Search
- Processing Times
- Disclosure Search

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information**
(annual/biennial reports)

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, April 24, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | CLEAR VIEW RETIREMENT GROUP LLC |
| Entity Number: | 201329010211 |
| Date Filed: | 10/15/2013 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 2617 E SHEA |
| Entity City, State, Zip: | FRESNO CA 93720 |
| Agent for Service of Process: | STEPHANIE COSTA |
| Agent Address: | 272 W EVERGLADE |
| Agent City, State, Zip: | CLOVIS CA 93619 |

\* Indicates the information is not contained in the California Secretary of State's database.

**\* Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search      New Search      Printer Friendly      Back to Search Results**

Privacy Statement | Free Document Readers

Copyright © 2015   California Secretary of State

**California Secretary of State Alex Padilla**

Secretary of State Main Website    **Business Programs**    Notary & Authentications  .  Elections    Campaign & Lobbying

**Business Entities (BE)**

Online Services
  - **E-File Statements of Information for Corporations**
  - **Business Search**
  - **Processing Times**
  - **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
  - **Business Resources**
  - **Tax Information**
  - **Starting A Business**

Customer Alerts
  - **Business Identity Theft**
  - **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, April 24, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | COPPER RIVER RETIREMENT GROUP LLC |
| Entity Number: | 201329010210 |
| Date Filed: | 10/15/2013 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 2617 EAST SHEA |
| Entity City, State, Zip: | FRESNO CA 93720 |
| Agent for Service of Process: | STEPHANIE COSTA |
| Agent Address: | 272 W EVERGLADE |
| Agent City, State, Zip: | CLOVIS CA 93619 |

* Indicates the information is not contained in the California Secretary of State's database.

*** Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

  - For information on checking or reserving a name, refer to **Name Availability**.
  - For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
  - For help with searching an entity name, refer to **Search Tips**.
  - For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2015   California Secretary of State

# Exhibit C

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# ADMINISTRATIVE ORGANIZATION

(This side is for corporations and limited liability companies only. See reverse for public agencies, partnerships, and other associations.)

**INSTRUCTIONS:** This form must be updated and submitted to the Licensing Agency each time there is a change in partners, officers or changes in the corporation or limited liability company as provided in the California Code of Regulations Title 22, Section 80034(a)(2), or 87235(a)(5), or 101185(a)(2).

DATE: 01/31/2014

FACILITY NAME: Copper River Retirement Group/Everglade

FACILITY ADDRESS: 272 W. Everglade Clovis, CA 93619

FACILITY NUMBER: 107206815

## I. CORPORATION/LIMITED LIABILITY COMPANY (LLC)

1. Name (as filed with Secretary of State)
   COPPER RIVER RETIREMENT GROUP LLC

2. Chief Executive Officer
   ALICE HAYES

3. Incorporation/Registration Date
   01/17/2014

4. Place of Incorporation/Registration
   Secretary of State- California

   Corporation/Limited Liability Company Number
   201329010210

5. Please attach (1) A copy of Articles of Incorporation or organization and any amendments (2) A copy of By-Laws or Operating Agreement and any amendments (3) A copy of Resolution authorizing the filing of this application (for Corporations only).

6. Principal office of business:

| Address | City | Zip Code | County | Telephone No. |
|---|---|---|---|---|
| 1115 E. PINEHURST | FRESNO | 93730 | FRESNO | |
| Contact Person: ALICE HAYES | Title: C.E.O | | Telephone No.: 559- 977-5852 | |

7. Out of state or foreign applicants complete the following:

   a. Name of California Representative     Address     Zip Code     Telephone No.

   b. Please attach a copy of a foreign corporation's or foreign LLC's registration to do business in California.

8. Names and addresses of all persons who own ten percent (10%) or more interest in corporation or LLC. Attach sheet for additional space.

   ALICE HAYES     2042 EVERGLADE AVE CLOVIS, CA 93619

9. Directors (Corporation)/Managers and Managing Members (LLC)

   a. Number of Directors/Managers & Managing Members
      ONE (1)

   b. Term of Office (if applicable)
      TWO YEARS

   c. Frequency of Meetings (if applicable)
      ONCE A YEAR

   d. Method of Selection (corporations only)
      MAJORITY VOTE

10. Officers: (For LLCs without officers, skip this section and go to Section II)

| Office | Name | Principal Business Address & City & Zip Code (other than facility address) | Telephone No. | Term Expires |
|---|---|---|---|---|
| President | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559- 977-5852 | On-going |
| Vice-President | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559- 977-5852 | On-going |
| Secretary | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559- 977-5852 | On-going |
| Treasurer | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559- 977-5852 | On-going |

LIC 309 (8/01) (PUBLIC)

11. List all Directors (Corporations)/Managers and Managing Members (LLC)

| Name | Mailing Address & City & Zip Code | Telephone No. | Term Expires |
|---|---|---|---|
| ALICE HAYES | 2042 EVERGLADE AVE<br>CLOVIS, CA 93619 | 559-977-5852 | On-going |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(Attach Sheet for additional space)

## II. PUBLIC AGENCY

1. Check type of public agency:   ☐ Federal   ☐ State   ☐ County   ☐ City   ☐ Other, specify below

2. Agency providing services:

   Name: _____   Address: _____
   CITY/STATE

   Mailing Address: _____
   CITY/STATE/ZIP CODE

   Contact Person: _____   Title: _____   Phone No.: _____

3. District or Area to be served:   (attach map if necessary)

   Specify geographic area: _____

4. Attach copy of Resolution or legal document authorizing this application.

## III. PARTNERSHIPS

Attach a copy of partnership agreement (attach additional sheet if necessary)

| 1st Partner | ☐ General | Name _____ |
| | | TELEPHONE NUMBER |
| | ☐ Limited | Principal Business Address _____ |
| | | CITY/STATE |
| 2nd Partner | ☐ General | Name _____ |
| | | TELEPHONE NUMBER |
| | ☐ Limited | Principal Business Address _____ |
| | | CITY/STATE |
| 3rd Partner | ☐ General | Name _____ |
| | | TELEPHONE NUMBER |
| | ☐ Limited | Principal Business Address _____ |
| | | CITY/STATE |
| 4th Partner | ☐ General | Name _____ |
| | | TELEPHONE NUMBER |
| | ☐ Limited | Principal Business Address _____ |
| | | CITY/STATE |

   Contact Person: _____   Title: _____   Telephone No.: _____

## IV. OTHER ASSOCIATIONS

Other associations must also provide a similar list of persons legally responsible for the organization, contact person, appropriate legal documents which set forth legal responsibility of the organization and accountability for operating the facility.

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# ADMINISTRATIVE ORGANIZATION

*(This side is for corporations and limited liability companies only. See reverse for public agencies, partnerships, and other associations.)*

**INSTRUCTIONS:** This form must be updated and submitted to the Licensing Agency each time there is a change in partners, officers or changes in the corporation or limited liability company as provided in the California Code of Regulations Title 22, Section 80034(a)(2), or 87235(a)(5), or 101185(a)(2).

| DATE 01/31/2014 |
| --- |
| FACILITY NAME Clear View Retirement Group/Jon |
| FACILITY ADDRESS 2846 E. Jon Drive Fresno, CA 93720 |
| FACILITY NUMBER PENDING |

**I.  CORPORATION/LIMITED LIABILITY COMPANY (LLC)**

| 1. Name *(as filed with Secretary of State)* CLEAR VIEW RETIREMENT GROUP LLC | 2. Chief Executive Officer ALICE HAYES |
| --- | --- |

| 3. Incorporation/Registration Date 01/17/2014 | 4. Place of Incorporation/Registration Secretary of State- California | Corporation/Limited Liability Company Number 201329010211 |
| --- | --- | --- |

5.  Please attach  (1) A copy of Articles of Incorporation or organization and any amendments (2) A copy of By-Laws or Operating Agreement and any amendments (3) A copy of Resolution authorizing the filing of this application (for Corporations only).

6.  Principal office of business:

| Address 2380 E. EL PASO | City FRESNO | Zip Code 93720 | County FRESNO | Telephone No. |
| --- | --- | --- | --- | --- |

Contact Person:  ALICE HAYES    Title:  C.E.O    Telephone No.:  559- 977-5852

7.  Out of state or foreign applicants complete the following:

| a. Name of California Representative | Address | Zip Code | Telephone No. |
| --- | --- | --- | --- |

b.  Please attach a copy of a foreign corporation's or foreign LLC's registration to do business in California.

8.  Names and addresses of all persons who own ten percent (10%) or more interest in corporation or LLC.  Attach sheet for additional space.

ALICE HAYES      2042 EVERGLADE AVE CLOVIS, CA 93619

9.  Directors (Corporation)/Managers and Managing Members (LLC)

a.  Number of Directors/Managers & Managing Members
ONE (1)

b.  Term of Office (if applicable)
TWO YEARS

c.  Frequency of Meetings (if applicable)
ONCE A YEAR

d.  Method of Selection (corporations only)
MAJORITY VOTE

10. Officers: (For LLCs without officers, skip this section and go to Section II)

| Office | Name | Principal Business Address & City & Zip Code (other than facility address) | Telephone No. | Term Expires |
| --- | --- | --- | --- | --- |
| President | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559- 977-5852 | On-going |
| Vice-President | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |
| Secretary | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |
| Treasurer | ALICE HAYES | 2042 EVERGLADE AVE CLOVIS, CA 93619 | 559-977-5852 | On-going |

LIC 309 (6/01) (PUBLIC)

11. List all Directors (Corporations)/Managers and Managing Members (LLC)

| Name | Mailing Address & City & Zip Code | Telephone No. | Term Expires |
|------|-----------------------------------|---------------|--------------|
| ALICE HAYES | 2042 EVERGLADE AVE<br>CLOVIS, CA 93619 | 559-977-5852 | On-going |
| | | | |
| | | | |
| | | | |
| | | | |

(Attach Sheet for additional space)

## II. PUBLIC AGENCY

1. Check type of public agency:  ☐ Federal  ☐ State  ☐ County  ☐ City  ☐ Other, specify below

2. Agency providing services:

   Name: _____  Address: _____
   <span style="font-size:small">CITY/STATE</span>

   Mailing Address: _____
   <span style="font-size:small">CITY/STATE/ZIP CODE</span>

   Contact Person: _____  Title: _____  Phone No.: _____

3. District or Area to be served:   *(attach map if necessary)*

   Specify geographic area: _____

   _____

4. Attach copy of Resolution or legal document authorizing this application.

## III. PARTNERSHIPS

Attach a copy of partnership agreement (attach additional sheet if necessary)

| 1st Partner | ☐ General | Name _____ |
|---|---|---|

<span style="font-size:small">TELEPHONE NUMBER</span>

☐ Limited    Principal Business Address _____
<span style="font-size:small">CITY/STATE</span>

2nd Partner  ☐ General    Name _____
<span style="font-size:small">TELEPHONE NUMBER</span>

☐ Limited    Principal Business Address _____
<span style="font-size:small">CITY/STATE</span>

3rd Partner  ☐ General    Name _____
<span style="font-size:small">TELEPHONE NUMBER</span>

☐ Limited    Principal Business Address _____
<span style="font-size:small">CITY/STATE</span>

4th Partner  ☐ General    Name _____
<span style="font-size:small">TELEPHONE NUMBER</span>

☐ Limited    Principal Business Address _____
<span style="font-size:small">CITY/STATE</span>

Contact Person: _____  Title: _____  Telephone No.: _____

## IV. OTHER ASSOCIATIONS

Other associations must also provide a similar list of persons legally responsible for the organization, contact person, appropriate legal documents which set forth legal responsibility of the organization and accountability for operating the facility.

# Exhibit D

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                    CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE  *(See Instructions on next page)*

| FOR DEPARTMENT USE ONLY | REPLY TO: |
|---|---|

DISTRICT: _____

COUNTY: _____     FACILITY NUMBER: _____

DATE: _____     ACTION TYPE: _____

REVIEWED BY: _____     FACILITY TYPE: _____

**1. APPLICANT(S) NAME(S) (PLEASE PRINT)**

CLEAR VIEW RETIREMENT GROUP LLC.

**2. REQUESTED ACTION (CHECK ONE):**
- [✓] A. INITIAL APPLICATION
- [ ] B. CHANGE OF CAPACITY
- [ ] C. CHANGE OF LOCATION
- [ ] D. CHANGE OF FACILITY TYPE
- [ ] E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
- [ ] F. CHANGE WITHIN CORPORATION
- [ ] G. OTHER (Specify)

| 3. APPLICANT MAILING ADDRESS | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE |
|---|---|---|---|---|
| 2042 E. EVERGLADE AVE | CLOVIS | CA | 93619 | (559) 977-5852 |

**4. TYPE OF AGENCY OR FACILITY**

- [ ] ADULT RESIDENTIAL FACILITIES
- [ ] FOSTER FAMILY AGENCIES
- [ ] ADULT DAY PROGRAMS
- [ ] TRANSITIONAL HOUSING PLACEMENT PROGRAMS
- [ ] SOCIAL REHABILITATION FACILITIES
- [ ] ADOPTION AGENCIES
- [ ] GROUP HOMES
- [ ] CRISIS NURSERIES
- [✓] RESIDENTIAL FACILITIES--ELDERLY
- [ ] RESIDENTIAL FACILITIES--CHRONICALLY ILL
- [ ] SMALL FAMILY HOMES
- [ ] OTHER( SPECIFY)

| 5. APPLICATION FILED BY: | A. INDIVIDUAL | B. PARTNERSHIP | C. NON PROFIT CORP. | G. LIMITED LIABILITY CORPORATION |
|---|---|---|---|---|
| | D. PROFIT CORP | E. COUNTY | F. OTHER PUBLIC AGENCY | [✓] |

| 6. FACILITY OR AGENCY NAME | EMAIL ADDRESS (NOT REQUIRED) | AREA CODE/TELEPHONE |
|---|---|---|
| CLEAR VIEW RETIREMENT GROUP LLC. | | (559) 297-0475 |

| 7. FACILITY STREET ADDRESS | CITY | COUNTY | ZIP CODE | ALTERNATIVE PUBLIC TELEPHONE |
|---|---|---|---|---|
| 2657 E. SKYVIEW | FRESNO | FRESNO | 93720 | ( ) |

| 8. FACILITY MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2657 E. SKYVIEW | FRESNO | CA | 93720 |

| 9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY | TITLE |
|---|---|
| STEPHANIE COSTA | ADMINISTRATOR |

| 10. TOTAL REQUESTED CAPACITY | 10A. NUMBER OF NON-AMBULATORY (IF ANY) | 10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY) |
|---|---|---|
| SIX(6) | FIVE(5) | ONE(1) |

**11. FOR CHILDREN'S FACILITY ONLY:**

NUMBER OF INFANTS (AGES 0 THROUGH 2) _____     CHILDREN (AGES 3 THROUGH 17) _____

| 12. DAYS AND HOURS OF OPERATION | 13. PROPERTY OWNERSHIP: |
|---|---|
| SUNDAY-SATURDAY 24/7 | [ ] OWN  [✓] RENT  [ ] OTHER (SPECIFY) |

**13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:**

STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

| 14. WAS FACILITY PREVIOUSLY LICENSED? | IF YES, FACILITY NAME AND NUMBER: | LICENSING AGENCY NAME: |
|---|---|---|
| [✓] YES  [ ] NO | BEDFORD CARE GROUP | COMMUNITY CARE LICENSING |

| 15. IS MAJOR CONSTRUCTION REQUIRED? | DATE CONSTRUCTION TO BEGIN: _____ | 16. SOURCE OF WATER FOR HUMAN CONSUMPTION |
|---|---|---|
| [ ] YES  [✓] NO | DATE TO BE COMPLETED: _____ | [✓] PUBLIC  [ ] PRIVATE |

**17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.**

FACILITY NAME AND NUMBER     LICENSING AGENCY NAME

A: "PLEASE SEE ATTACHED"

B. _____

**18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:**

A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.

B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.

C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.

D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.

E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

**19.** I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

**20.** I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

**21.** I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

| SIGNED | TITLE CoFo | COUNTY WHERE SIGNED FRESNO | DATE 8/30/14 |
|---|---|---|---|
| SIGNED | TITLE | COUNTY WHERE SIGNED | DATE |

LIC 200 (2/11) PUBLIC                    PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY        CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE  *(See Instructions on next page)*

| FOR DEPARTMENT USE ONLY | REPLY TO: |
|---|---|
| DISTRICT: _____ | |
| COUNTY: _____ FACILITY NUMBER: _____ | |
| DATE: _____ ACTION TYPE: _____ | |
| REVIEWED BY: _____ FACILITY TYPE: _____ | |

| 1. APPLICANT(S) NAME(S) (PLEASE PRINT) | 2. REQUESTED ACTION (CHECK ONE): |
|---|---|
| CLEAR VIEW RETIREMENT GROUP LLC. | ☑ A. INITIAL APPLICATION    ☐ E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS <br> ☐ B. CHANGE OF CAPACITY <br> ☐ C. CHANGE OF LOCATION    ☐ F. CHANGE WITHIN CORPORATION <br> ☐ D. CHANGE OF FACILITY TYPE    ☐ G. OTHER (Specify) |

| 3. APPLICANT MAILING ADDRESS | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE |
|---|---|---|---|---|
| 2042 E. EVERGLADE AVE | CLOVIS | CA | 93619 | (559) 977-5852 |

4. TYPE OF AGENCY OR FACILITY

| | | |
|---|---|---|
| ☐ ADULT RESIDENTIAL FACILITIES | ☐ SOCIAL REHABILITATION FACILITIES | ☑ RESIDENTIAL FACILITIES--ELDERLY |
| ☐ FOSTER FAMILY AGENCIES | ☐ ADOPTION AGENCIES | ☐ RESIDENTIAL FACILITIES--CHRONICALLY ILL |
| ☐ ADULT DAY PROGRAMS | ☐ GROUP HOMES | ☐ SMALL FAMILY HOMES |
| ☐ TRANSITIONAL HOUSING PLACEMENT PROGRAMS | ☐ CRISIS NURSERIES | ☐ OTHER( SPECIFY) |

| 5. APPLICATION FILED BY: | ☐ A. INDIVIDUAL | ☐ B. PARTNERSHIP | ☐ C. NON PROFIT CORP. | ☑ G. LIMITED LIABILITY CORPORATION |
|---|---|---|---|---|
| | ☐ D. PROFIT CORP | ☐ E. COUNTY | ☐ F. OTHER PUBLIC AGENCY | |

| 6. FACILITY OR AGENCY NAME | EMAIL ADDRESS (NOT REQUIRED) | AREA CODE/TELEPHONE |
|---|---|---|
| CLEAR VIEW RETIREMENT GROUP LLC. | | (559) 298-2877 |

| 7. FACILITY STREET ADDRESS | CITY | COUNTY | ZIP CODE | ALTERNATIVE PUBLIC TELEPHONE |
|---|---|---|---|---|
| 2830 E. EL PASO | FRESNO | FRESNO | 93720 | ( ) |

| 8. FACILITY MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2830 E. EL PASO | FRESNO | CA | 93720 |

| 9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY | TITLE |
|---|---|
| LETICIA RODRIGUEZ | ADMINISTRATOR |

| 10. TOTAL REQUESTED CAPACITY | 10A. NUMBER OF NON-AMBULATORY (IF ANY) | 10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY) |
|---|---|---|
| SIX(6) | FIVE(5) | ONE(1) |

11. FOR CHILDRENS FACILITY ONLY:

NUMBER OF INFANTS (AGES 0 THROUGH 2) _____ CHILDREN (AGES 3 THROUGH 17) _____

| 12. DAYS AND HOURS OF OPERATION: | 13. PROPERTY OWNERSHIP: |
|---|---|
| SUNDAY-SATURDAY 24/7 | ☐ OWN   ☑ RENT   ☐ OTHER (SPECIFY) _____ |

13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:

STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

| 14. WAS FACILITY PREVIOUSLY LICENSED? | IF YES, FACILITY NAME AND NUMBER: | LICENSING AGENCY NAME: |
|---|---|---|
| ☑ YES ☐ NO | BEDFORD CARE GROUP/JON | COMMUNITY CARE LICENSING |

| 15. IS MAJOR CONSTRUCTION REQUIRED? | DATE CONSTRUCTION TO BEGIN: _____ | 16. SOURCE OF WATER FOR HUMAN CONSUMPTION |
|---|---|---|
| ☐ YES ☑ NO | DATE TO BE COMPLETED: _____ | ☑ PUBLIC ☐ PRIVATE |

17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.

| FACILITY NAME AND NUMBER | LICENSING AGENCY NAME |
|---|---|
| A. "PLEASE SEE ATTACHED" | |
| B. | |

18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:

A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.

B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.

C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.

D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.

E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

| SIGNED *Alice Hays* | TITLE C.E.O. | COUNTY WHERE SIGNED FRESNO | DATE 8/30/04 |
|---|---|---|---|
| SIGNED | TITLE | COUNTY WHERE SIGNED | DATE |

LIC 200 (2/11) PUBLIC                              PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY             CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE *(See Instructions on next page)*

| FOR DEPARTMENT USE ONLY | REPLY TO: |
|---|---|
| DISTRICT: _____ | |
| COUNTY: _____ FACILITY NUMBER: _____ | |
| DATE: _____ ACTION TYPE: _____ | |
| REVIEWED BY: _____ FACILITY TYPE: _____ | |

**1. APPLICANT(S) NAME(S) (PLEASE PRINT)**

CLEAR VIEW RETIREMENT GROUP LLC.

**2. REQUESTED ACTION *(CHECK ONE)*:**
- [x] A. INITIAL APPLICATION
- [ ] B. CHANGE OF CAPACITY
- [ ] C. CHANGE OF LOCATION
- [ ] D. CHANGE OF FACILITY TYPE
- [ ] E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
- [ ] F. CHANGE WITHIN CORPORATION
- [ ] G. OTHER (Specify)

| 3. APPLICANT MAILING ADDRESS | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE |
|---|---|---|---|---|
| 2042 E. EVERGLADE AVE | CLOVIS | CA | 93619 | (559) 977-5852 |

**4. TYPE OF AGENCY OR FACILITY**
- [ ] ADULT RESIDENTIAL FACILITIES
- [ ] FOSTER FAMILY AGENCIES
- [ ] ADULT DAY PROGRAMS
- [ ] TRANSITIONAL HOUSING PLACEMENT PROGRAMS
- [ ] SOCIAL REHABILITATION FACILITIES
- [ ] ADOPTION AGENCIES
- [ ] GROUP HOMES
- [ ] CRISIS NURSERIES
- [x] RESIDENTIAL FACILITIES-ELDERLY
- [ ] RESIDENTIAL FACILITIES-CHRONICALLY ILL
- [ ] SMALL FAMILY HOMES
- [ ] OTHER(SPECIFY)

**5. APPLICATION FILED BY:**
- [ ] A. INDIVIDUAL
- [ ] D. PROFIT CORP
- [ ] B. PARTNERSHIP
- [ ] E. COUNTY
- [ ] C. NON PROFIT CORP.
- [ ] F. OTHER PUBLIC AGENCY
- [x] G. LIMITED LIABILITY CORPORATION

| 6. FACILITY OR AGENCY NAME | EMAIL ADDRESS (NOT REQUIRED) | AREA CODE/TELEPHONE |
|---|---|---|
| CLEAR VIEW RETIREMENT GROUP LLC. | | (559) 322-7368 |

| 7. FACILITY STREET ADDRESS | CITY | COUNTY | ZIP CODE | ALTERNATIVE PUBLIC TELEPHONE |
|---|---|---|---|---|
| 2846 E. JON DRIVE | FRESNO | FRESNO | 93720 | ( ) |

| 8. FACILITY MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2846 E. JON DRIVE | FRESNO | CA. | 93720 |

| 9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY | TITLE |
|---|---|
| STEPHANIE COSTA | ADMINISTRATOR |

| 10. TOTAL REQUESTED CAPACITY | 10A. NUMBER OF NON-AMBULATORY (IF ANY) | 10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY) |
|---|---|---|
| SIX(6) | FIVE(5) | ONE(1) |

**11. FOR CHILDREN'S FACILITY ONLY.**
NUMBER OF INFANTS (AGES 0 THROUGH 2) _____ CHILDREN (AGES 3 THROUGH 17) _____

| 12. DAYS AND HOURS OF OPERATION: | 13. PROPERTY OWNERSHIP: |
|---|---|
| SUNDAY-SATURDAY 24/7 | [ ] OWN [x] RENT [ ] OTHER (SPECIFY) _____ |

**13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:**
STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

| 14. WAS FACILITY PREVIOUSLY LICENSED? | IF YES, FACILITY NAME AND NUMBER: | LICENSING AGENCY NAME: |
|---|---|---|
| [x] YES [ ] NO | BEDFORD CARE GROUP/JON | COMMUNITY CARE LICENSING |

| 15. IS MAJOR CONSTRUCTION REQUIRED? | DATE CONSTRUCTION TO BEGIN: _____ | 16. SOURCE OF WATER FOR HUMAN CONSUMPTION |
|---|---|---|
| [ ] YES [x] NO | DATE TO BE COMPLETED: _____ | [x] PUBLIC [ ] PRIVATE |

**17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.**

FACILITY NAME AND NUMBER               LICENSING AGENCY NAME

A. "PLEASE SEE ATTACHED"

B. _____

**18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:**
A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
D. I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

**19.** I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

**20.** I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

**21.** I/WE ARE/AM AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

| SIGNED | TITLE C.E.O | COUNTY WHERE SIGNED Fresno | DATE 8/30/14 |
|---|---|---|---|
| SIGNED | TITLE | COUNTY WHERE SIGNED | DATE |

LIC 200 (2/11) PUBLIC             PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                                    CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE *(See Instructions on next page)*

| FOR DEPARTMENT USE ONLY | REPLY TO: |
|---|---|

DISTRICT:_____

COUNTY:_____ FACILITY NUMBER:_____

DATE:_____ ACTION TYPE:_____

REVIEWED BY:_____ FACILITY TYPE:_____

| 1. APPLICANT(S) NAME(S) (PLEASE PRINT) | 2. REQUESTED ACTION *(CHECK ONE):* |
|---|---|
| COPPER RIVER RETIREMENT GROUP LLC. | ☑ A. INITIAL APPLICATION    ☐ E. CHANGE OF AMB/NON-<br>☐ B. CHANGE OF CAPACITY      AMB BEDRIDDEN STATUS<br>☐ C. CHANGE OF LOCATION    ☐ F. CHANGE WITHIN CORPORATION<br>☐ D. CHANGE OF FACILITY TYPE ☐ G. OTHER (Specify) |

| 3. APPLICANT MAILING ADDRESS | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE |
|---|---|---|---|---|
| 2042 E. EVERGLADE AVE | CLOVIS | CA | 93619 | (559) 977-5852 |

| 4. TYPE OF AGENCY OR FACILITY | | |
|---|---|---|
| ☐ ADULT RESIDENTIAL FACILITIES | ☐ SOCIAL REHABILITATION FACILITIES | ☑ RESIDENTIAL FACILITIES--ELDERLY |
| ☐ FOSTER FAMILY AGENCIES | ☐ ADOPTION AGENCIES | ☐ RESIDENTIAL FACILITIES--CHRONICALLY ILL |
| ☐ ADULT DAY PROGRAMS | ☐ GROUP HOMES | ☐ SMALL FAMILY HOMES |
| ☐ TRANSITIONAL HOUSING PLACEMENT PROGRAMS | ☐ CRISIS NURSERIES | ☐ OTHER(SPECIFY)_____ |

| 5. APPLICATION FILED BY: | A. INDIVIDUAL | B. PARTNERSHIP | C. NON PROFIT CORP. | ☑ G. LIMITED LIABILITY CORPORATION |
|---|---|---|---|---|
| | D. PROFIT CORP | E. COUNTY | F. OTHER PUBLIC AGENCY | |

| 6. FACILITY OR AGENCY NAME | EMAIL ADDRESS (NOT REQUIRED) | AREA CODE/TELEPHONE |
|---|---|---|
| COPPER RIVER RETIREMENT GROUP LLC. | | (559) 325-2273 |

| 7. FACILITY STREET ADDRESS | CITY | COUNTY | ZIP CODE | ALTERNATIVE PUBLIC TELEPHONE |
|---|---|---|---|---|
| 272 W. EVERGLADE | CLOVIS | FRESNO | 93619 | ( ) |

| 8. FACILITY MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 272 W. EVERGLADE | CLOVIS | CA | 93619 |

| 9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY | TITLE |
|---|---|
| STEPHEN COSTA | ADMINISTRATOR |

| 10. TOTAL REQUESTED CAPACITY | 10A. NUMBER OF NON-AMBULATORY (IF ANY) | 10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY) |
|---|---|---|
| SIX(6) | FIVE(5) | ONE(1) |

11. FOR CHILDREN'S FACILITY ONLY:

NUMBER OF INFANTS (AGES 0 THROUGH 2)_____ CHILDREN (AGES 3 THROUGH 17)_____

| 12. DAYS AND HOURS OF OPERATION: | 13. PROPERTY OWNERSHIP: |
|---|---|
| SUNDAY-SATURDAY 24/7 | ☐ OWN ☑ RENT ☐ OTHER (SPECIFY)_____ |

13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:
STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

| 14. WAS FACILITY PREVIOUSLY LICENSED? | IF YES, FACILITY NAME AND NUMBER: | LICENSING AGENCY NAME: |
|---|---|---|
| ☑ YES ☐ NO | BEDFORD CARE GROUP/EVERGLADE 107202508 | COMMUNITY CARE LICENSING |

| 15. IS MAJOR CONSTRUCTION REQUIRED? | DATE CONSTRUCTION TO BEGIN:_____ | 16. SOURCE OF WATER FOR HUMAN CONSUMPTION |
|---|---|---|
| ☐ YES ☑ NO | DATE TO BE COMPLETED:_____ | ☑ PUBLIC ☐ PRIVATE |

17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.
FACILITY NAME AND NUMBER                                    LICENSING AGENCY NAME

A. "PLEASE SEE ATTACHED"_____

B. _____

18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:
    A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
    B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
    C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
    D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
    E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

| SIGNED | TITLE C.E.O | COUNTY WHERE SIGNED Fresno | DATE 8/30/14 |
|---|---|---|---|
| SIGNED | TITLE | COUNTY WHERE SIGNED | DATE |

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                                    CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE  *(See Instructions on next page)*

| FOR DEPARTMENT USE ONLY | REPLY TO: |
|---|---|

DISTRICT:_____

COUNTY:_____  FACILITY NUMBER:_____

DATE:_____  ACTION TYPE:_____

REVIEWED BY:_____  FACILITY TYPE:_____

| 1. APPLICANT(S) NAME(S) (PLEASE PRINT) | 2. REQUESTED ACTION *(CHECK ONE):* |
|---|---|
| COPPER RIVER RETIREMENT GROUP LLC. | ☑ A. INITIAL APPLICATION  ☐ E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS ☐ B. CHANGE OF CAPACITY ☐ C. CHANGE OF LOCATION  ☐ F. CHANGE WITHIN CORPORATION ☐ D. CHANGE OF FACILITY TYPE  ☐ G. OTHER (Specify) |

| 3. APPLICANT MAILING ADDRESS | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE |
|---|---|---|---|---|
| 2042 E. EVERGLADE AVE | CLOVIS | CA | 93619 | (559) 977-5852 |

4. TYPE OF AGENCY OR FACILITY

| | | |
|---|---|---|
| ☐ ADULT RESIDENTIAL FACILITIES | ☐ SOCIAL REHABILITATION FACILITIES | ☑ RESIDENTIAL FACILITIES—ELDERLY |
| ☐ FOSTER FAMILY AGENCIES | ☐ ADOPTION AGENCIES | ☐ RESIDENTIAL FACILITIES—CHRONICALLY ILL |
| ☐ ADULT DAY PROGRAMS | ☐ GROUP HOMES | ☐ SMALL FAMILY HOMES |
| ☐ TRANSITIONAL HOUSING PLACEMENT PROGRAMS | ☐ CRISIS NURSERIES | ☐ OTHER(SPECIFY) |

| 5. APPLICATION FILED BY: | ☐ A. INDIVIDUAL | ☐ B. PARTNERSHIP | ☐ C. NON PROFIT CORP. | ☑ G. LIMITED LIABILITY CORPORATION |
|---|---|---|---|---|
| | ☐ D. PROFIT CORP | ☐ E. COUNTY | ☐ F. OTHER PUBLIC AGENCY | |

| 6. FACILITY OR AGENCY NAME | EMAIL ADDRESS (NOT REQUIRED) | AREA CODE/TELEPHONE |
|---|---|---|
| COPPER RIVER RETIREMENT GROUP LLC./SHEA | | (559) 325-7383 |

| 7. FACILITY STREET ADDRESS | CITY | COUNTY | ZIP CODE | ALTERNATIVE PUBLIC TELEPHONE |
|---|---|---|---|---|
| 2617 E. SHEA DRIVE | FRESNO | FRESNO | 93720 | |

| 8. FACILITY MAILING ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2617 E. SHEA DRIVE | FRESNO | CA | 93720 |

| 9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY | TITLE |
|---|---|
| LETICIA RODRIGUEZ | ADMINISTRATOR |

| 10. TOTAL REQUESTED CAPACITY | 10A. NUMBER OF NON-AMBULATORY (IF ANY) | 10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY) |
|---|---|---|
| SIX(6) | FIVE(5) | ONE(1) |

11. FOR CHILDRENS FACILITY ONLY:

NUMBER OF INFANTS (AGES 0 THROUGH 2) _____  CHILDREN (AGES 3 THROUGH 17) _____

| 12. DAYS AND HOURS OF OPERATION: | 13. PROPERTY OWNERSHIP: |
|---|---|
| SUNDAY-SATURDAY 24/7 | ☐ OWN  ☑ RENT  ☐ OTHER (SPECIFY) _____ |

13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY, OWNER, IF RENTING OR LEASING:

STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

| 14. WAS FACILITY PREVIOUSLY LICENSED? | IF YES, FACILITY NAME AND NUMBER: | LICENSING AGENCY NAME: |
|---|---|---|
| ☑ YES  ☐ NO | BEDFORD CARE GROUP/SHEA 107206278 | COMMUNITY CARE LICENSING |

| 15. IS MAJOR CONSTRUCTION REQUIRED? | DATE CONSTRUCTION TO BEGIN: _____ | 16. SOURCE OF WATER FOR HUMAN CONSUMPTION |
|---|---|---|
| ☐ YES  ☑ NO | DATE TO BE COMPLETED: _____ | ☐ PUBLIC  ☐ PRIVATE |

17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.

FACILITY NAME AND NUMBER                                    LICENSING AGENCY NAME

A. "PLEASE SEE ATTACHED"

B.

18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:

A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.

B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.

C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.

D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.

E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

19. I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

20. I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

21. I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

SIGNED _____  TITLE  CEO  COUNTY WHERE SIGNED  Placsin  DATE 8/30/14

SIGNED _____  TITLE _____  COUNTY WHERE SIGNED _____  DATE _____

LIC 200 (2/11) PUBLIC                                                                   PAGE 1 OF 2

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY      CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# APPLICATION FOR A COMMUNITY CARE FACILITY OR RESIDENTIAL CARE FACILITY FOR THE ELDERLY LICENSE  (See Instructions on next page)

**FOR DEPARTMENT USE ONLY**

REPLY TO:

DISTRICT: _____

COUNTY: _____ FACILITY NUMBER: _____

DATE: _____ ACTION TYPE: _____

REVIEWED BY: _____ FACILITY TYPE: _____

**1. APPLICANT(S) NAME(S) (PLEASE PRINT)**
COPPER RIVER RETIREMENT GROUP LLC.

**2. REQUESTED ACTION (CHECK ONE):**
- [x] A. INITIAL APPLICATION
- [ ] B. CHANGE OF CAPACITY
- [ ] C. CHANGE OF LOCATION
- [ ] D. CHANGE OF FACILITY TYPE
- [ ] E. CHANGE OF AMB/NON-AMB BEDRIDDEN STATUS
- [ ] F. CHANGE WITHIN CORPORATION
- [ ] G. OTHER (Specify)

**3. APPLICANT MAILING ADDRESS:** 2042 E. EVERGLADE AVE
**CITY:** CLOVIS
**STATE:** CA
**ZIP CODE:** 93619
**AREA CODE/TELEPHONE:** (559) 977-5852

**4. TYPE OF AGENCY OR FACILITY**
- [ ] ADULT RESIDENTIAL FACILITIES
- [ ] FOSTER FAMILY AGENCIES
- [ ] ADULT DAY PROGRAMS
- [ ] TRANSITIONAL HOUSING PLACEMENT PROGRAMS
- [ ] SOCIAL REHABILITATION FACILITIES
- [ ] ADOPTION AGENCIES
- [ ] GROUP HOMES
- [ ] CRISIS NURSERIES
- [x] RESIDENTIAL FACILITIES--ELDERLY
- [ ] RESIDENTIAL FACILITIES--CHRONICALLY ILL
- [ ] SMALL FAMILY HOMES
- [ ] OTHER (SPECIFY)

**5. APPLICATION FILED BY:**
- [ ] A. INDIVIDUAL
- [ ] D. PROFIT CORP
- [ ] B. PARTNERSHIP
- [ ] E. COUNTY
- [ ] C. NON PROFIT CORP.
- [ ] F. OTHER PUBLIC AGENCY
- [x] G. LIMITED LIABILITY CORPORATION

**6. FACILITY OR AGENCY NAME:** COPPER RIVER RETIREMENT GROUP LLC.
**EMAIL ADDRESS (NOT REQUIRED):**
**AREA CODE/TELEPHONE:** (559) 433-0488

**7. FACILITY STREET ADDRESS:** 1115 E. PINEHURST AVE
**CITY:** FRESNO
**COUNTY:** FRESNO
**ZIP CODE:** 93730
**ALTERNATIVE PUBLIC TELEPHONE:** ( )

**8. FACILITY MAILING ADDRESS:** 1115 E. PINEHURST AVE
**CITY:** FRESNO
**STATE:** CA
**ZIP CODE:** 93730

**9. ADMINISTRATOR OR PERSON IN CHARGE OF FACILITY:** STEPHEN COSTA
**TITLE:** ADMINISTRATOR

**10. TOTAL REQUESTED CAPACITY:** SIX(6).
**10A. NUMBER OF NON-AMBULATORY (IF ANY):** FIVE(5)
**10B. NUMBER OF BEDRIDDEN UNABLE TO TURN OR REPOSITION IN BED (IF ANY):** ONE(1)

**11. FOR CHILDREN'S FACILITY ONLY:**
NUMBER OF INFANTS (AGES 0 THROUGH 2) _____ CHILDREN (AGES 3 THROUGH 17) _____

**12. DAYS AND HOURS OF OPERATION:** SUNDAY-SATURDAY 24/7
**13. PROPERTY OWNERSHIP:**
- [ ] OWN
- [x] RENT
- [ ] OTHER (SPECIFY)

**13A. NAME, ADDRESS AND PHONE NUMBER OF PROPERTY OWNER, IF RENTING OR LEASING:**
STEPHANIE COSTA TRUST 2042 E. EVERGLADE AVE CLOVIS, CA 93619 (559) 977-4232

**14. WAS FACILITY PREVIOUSLY LICENSED?** [x] YES [ ] NO
**IF YES, FACILITY NAME AND NUMBER:** BEDFORD CARE GROUP/FORTWASHINGTON 107204043
**LICENSING AGENCY NAME:** COMMUNITY CARE LICENSING

**15. IS MAJOR CONSTRUCTION REQUIRED?** [ ] YES [x] NO
DATE CONSTRUCTION TO BEGIN: _____
DATE TO BE COMPLETED: _____
**16. SOURCE OF WATER FOR HUMAN CONSUMPTION:** [x] PUBLIC [ ] PRIVATE

**17. ENTER THE INFORMATION BELOW FOR ANY RESIDENTIAL CARE OR HEALTH CARE FACILITY PREVIOUSLY OR CURRENTLY OPERATED. REFER TO INSTRUCTIONS.**
FACILITY NAME AND NUMBER / LICENSING AGENCY NAME

A. "PLEASE SEE ATTACHED"

B.

**18. APPLICANT(S)/LICENSEE(S) RESPONSIBILITIES:**
- A. IN ADDITION TO COMPLYING WITH THE HEALTH AND SAFETY CODES AND REGULATIONS APPLICABLE TO LICENSING AND FIRE SAFETY, I/WE UNDERSTAND THAT THERE MAY BE OTHER STATE, FEDERAL AND/OR LOCAL LAWS, WHICH ARE NOT ENFORCED BY THIS AGENCY, THAT MAY NEED TO BE MET SUCH AS: ZONING, BUILDING, SANITATION AND LABOR REQUIREMENTS.
- B. I/WE HAVE READ AND UNDERSTAND THE STATUTES AND REGULATIONS WHICH PERTAIN TO MY/OUR LICENSING CATEGORY PRIOR TO THE ISSUANCE OF MY/OUR LICENSE.
- C. I/WE SHALL ENSURE THAT ALL PERSONS SUBJECT TO FINGERPRINT REQUIREMENTS SHALL HAVE A DEPARTMENT OF JUSTICE CLEARANCE OR A CRIMINAL RECORD EXEMPTION PRIOR TO EMPLOYMENT, RESIDENCE OR INITIAL PRESENCE IN THE FACILITY AS REQUIRED.
- D. IF I/WE OPERATE A FACILITY WHICH PROVIDES CARE AND SUPERVISION TO CHILDREN, I/WE SHALL ENSURE THAT A CHILD ABUSE INDEX CHECK FORM FOR EACH PERSON SUBJECT TO FINGERPRINT REQUIREMENTS IS SUBMITTED TO THE DEPARTMENT OF JUSTICE AS REQUIRED.
- E. I/WE SHALL OBTAIN APPROVAL FROM THE LICENSING AGENCY PRIOR TO MAKING ANY CHANGE(S) THAT AFFECT THE TERMS OF THE LICENSE.

**19.** I/WE UNDERSTAND THAT I/WE HAVE THE RIGHT TO APPEAL ANY DECISION REGARDING THE DISPOSITION OF THIS APPLICATION.

**20.** I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS ON THIS APPLICATION AND ON THE ACCOMPANYING ATTACHMENTS ARE CORRECT TO THE BEST OF MY/OUR KNOWLEDGE.

**21.** I/WE AM/ARE AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED APPLICANT.

SIGNED _Alese Hays_ TITLE C.E.O COUNTY WHERE SIGNED Fresno DATE 8/8/14

SIGNED _____ TITLE _____ COUNTY WHERE SIGNED _____ DATE _____

# Exhibit E

03/03/2014

Dear, Resident & Families

This letter is to inform you that effective _____ 2014, Bedford Care Group

Will be changing its name to Clear View Retirement Group LLC/License to the following.

Clear View Retirement Group – 2380 E. El Paso Fresno, CA 93720 Facility #

Clear View Retirement Group – Sky view 2657 Sky view Fresno, CA 93720 Facility #

Clear View Retirement Group – Jon 2846 E. Jon Drive Fresno, CA 93720 Facility #

This change reflects the significant expansion in our business activities since we first began operating under the name in 2005. Our operations today are more auspicious well beyond where we began.  We have a new CEO Alice Hayes, who will join us to continue to provide excellent care.

Going forward, "Clear View Retirement Group" will be the cornerstone of our ongoing efforts and will bring our business to a new level. Our new Email address will be eldercarefacility@yahoo.com

The company will continue to operate in its current structure and your day-to-day contacts will remain un-changed. There has been no change in Administrative staff, and no change in Caregivers.  We will be calling each of you and setting up a date and time to meet and complete our "new "paperwork.

We look forward to continuing to work together with you, and trust that you are as excited as we are as we continue to grow and diversify to better serve the health care industry. Please feel free to stop by anytime if you happen to have any questions for me.

Sincerely,

Alice Hayes

CEO
Clear View Retirement Group LLC
559-977-5852

Dear, Resident & Families                                        03/03/2014

This letter is to inform you that effective _____ 2014, Bedford Care Group

 Will be changing its name to Copper River Retirement Group LLC/License to the following.

Copper River Retirement Group – 1115 E. Pinehurst Fresno, CA 93730 Facility #

Copper River Retirement Group – Shea Fresno, CA 93720 Facility #

Copper River Retirement Group – Everglade Clovis, CA 93619 Facility #

This change reflects the significant expansion in our business activities since we first began operating under the name in 2005. Our operations today are more auspicious well beyond where we began.  We have a new CEO Alice Hayes, and Administrator Stephen Costa who will be  over Everglade and Pinehurst  who will join us to continue to provide excellent care.

Going forward, "Copper River Retirement Group" will be the cornerstone of our ongoing efforts and will bring our business to a new level. Our new Email address will be eldercarefacility@yahoo.com

The company will continue to operate in its current structure and your day-to-day contacts will remain un-changed. There has been no change in Administrative staff, and no change in Caregivers.  We will be calling each of you and setting up a date and time to meet and complete our "new "paperwork.

We look forward to continuing to work together with you, and trust that you are as excited as we are as we continue to grow and diversify to better serve the health care industry. Please feel free to stop by anytime if you happen to have any questions for me.

Sincerely,

                                        Alice Hayes

                                        CEO
                                Copper River Retirement Group LLC
                                    559-977-5852