WALTER & WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael J. Fletcher #272057
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 14-15853 |
|---|---|
| BEDFORD CARE GROUP, a California corporation, | Chapter 7 |
| Debtor. | DC No: ALC-3 |
| SS #'s: 54-2187384<br>Address: 2380 E. El Paso<br>Fresno, CA 93720 | Date: July 22, 2015<br>Time: 9:00 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Dept: 11<br>Judge: Honorable Fredrick E. Clement |

**EXHIBIT TO RESPONSE TO OBJECTION TO TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSURE OF THE CASE**

| Exhibit | Description | Pages |
|---|---|---|
| A | Copies of pages 29, 30 and 31 from the Transcript of the Meeting of Creditors Held on January 15, 2015 | 3 |

Dated: June 29, 2015

WALTER & WILHELM LAW GROUP
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor

Filed 06/29/15　　　　　　　　　Case 14-15853　　　　　　　　　Doc 31

```
 1  sold to -- essentially to avoid that liability we just
 2  created -- we had previously created these two entities, Copper
 3  River and Clearview, so we just stood up those and then --
 4           MR. SALVEN:  Well, I think "stood up" --
 5           MR. WALTER:  Excuse me, is there a question pending?
 6           MR. SALVEN:  That was just -- and I asked the same
 7  question.
 8  BY MR. McMANAMAN:
 9  Q.  Right, so --
10           MR. SALVEN:  But also "stood up" I think is a term
11  that you understand and I can understand.  "Stood up," what I
12  think he's saying, I don't want to put words in his mouth, is
13  that they shut them down and -- and then they went away and
14  somebody else came along.
15           MS. COSTA:  Exactly.
16  BY MR. McMANAMAN:
17  Q.  Right.  And --
18           MR. SALVEN:  Before we go any further, since we're
19  really running over, what I'm going to do -- and,
20  Ms. Henderson, if I were to continue this to either February
21  27th or March 27th, which date would be better for you to be
22  able to appear telephonically?
23           MS. HENDERSON:  Yes.
24           MR. SALVEN:  The -- either one of those dates matter?
25           MS. HENDERSON:  I am pregnant so I can't give you a
```

EXHIBIT A
Page 1 of 3

1 confirmation because that's very close to my due date.
2        MS. COSTA: February's probably better 'cause she's
3 due --
4        MR. SALVEN: Would February 27th be a better date
5 than March 27th?
6        MS. HENDERSON: Absolutely.
7        MR. SALVEN: Okay. I'm gonna con -- I am -- we are
8 going to continue this to -- to February 27 ultimately -- we've
9 got a couple more questions I'll allow -- at -- at -- at --
10 nine o'clock. I've got two other items on the morn -- wait,
11 four items. As soon as those four items are done I won't add
12 anything else, it'll just -- this matter and we'll get it done.
13        Can you -- can you come back the 27th?
14        MS. COSTA: I think -- believe so, yeah.
15        MR. SALVEN: Okay. I mean, go ahead, a couple more
16 questions, then I really need to move on.
17        MR. McMANAMAN: You know, just in the interest of
18 time and efficiency, I'm perfectly comfortable with -- if we're
19 going to continue the matter, just coming back and finishing up
20 then at that time.
21        MR. SALVEN: Yeah, and I -- I had told you I was
22 going to try to conclude it today. I was. Now I've got all
23 these documents that I spent poring over and that -- things
24 that I just -- I don't know if there's anything to them but I
25 don't under -- I just don't understand the transactions.

```
1          MR. WALTER:  That's fine.
2          MR. SALVEN:  I may -- may -- I'll give you a call or
3  write you a letter for some further explanation so that we're
4  not -- we can get it moving forward.
5          Anybody -- anybody have any other questions at this
6  time?
7          MS. COSTA:  No.
8          MR. SALVEN:  Okay.  Now, I appreciate using your
9  phone.
10         MS. COSTA:  Sure.
11         MR. SALVEN:  And we're continued, Ms. Henderson,
12 until February 2 --
13         MS. HENDERSON:  Okay.
14         MR. SALVEN:  I wrote -- I wrote -- yeah.  February
15 27th at 9:00.  Thank you very much.
16         We're continued.
17         (The meeting was continued to February 27, 2015 at
18 9:00 a.m.)
19
20         I, KAREN GRISWOLD, Transcriber, do hereby certify
21 that the foregoing transcript is a true and correct
22 transcription of the electronic recording made at the time of
23 the 341(a) Meeting in the above-entitled case.
24 DATED: January 25, 2015  By:/s/Karen Griswold
                                       Transcriber
25
```

EXHIBIT A
Page 3 of 3