UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
ROBERT T. MATSUI U.S. COURTHOUSE
501 I STREET, SUITE 3-200
SACRAMENTO, CALIFORNIA 95814-2322

14-15853

CATHA WORTHMAN
476 9TH ST
OAKLAND, CA 94702

NIXIE 957 DC 1 0007/13/18
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 95814730300 *1241-07118-27-41

FILED
JUL 16 2018
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CA

$0.47
US POSTAGE
FIRST-CLASS
062S0008565545
95814

**United States Bankruptcy Court**
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

WAYNE BLACKWELDER
CLERK

SANDY SMITH
CHIEF DEPUTY CLERK

REPLY TO:

U.S. COURTHOUSE
501 I STREET SUITE 3-200
SACRAMENTO CA 95814
(916) 930-4400

6/26/2018

CATHA WORTHMAN
476 9TH ST
OAKLAND, CA 94702

Dear Attorney,

You recently submitted an address change with the Eastern District of California Bankruptcy Court. The new address that you provided is:

2030 ADDISON STREET, SUITE 500
BERKELEY, CA 94704

Your address has been changed for the cases listed on the back of this letter, if any. Additionally, this is the address that will be used for all new cases that you file or in which you appear.

If you have questions about this address change, please contact the help desk at 855-542-0992.

Sincerely,

Wayne Blackwelder
Clerk of Court

List of cases in which you are listed as attorney of record:

| Case Number | Case Name |
|---|---|
| 14-15853 | Bedford Care Group a California Corporation |